# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | )
*Plaintiff* | )
v. | ) Case No.
| )
*Defendant* | )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

## **CERTIFICATION**

    I hereby certify that this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                      By:    /s/ Robert B. Mitchell
                                Robert B. Mitchell
                                Mitchell & Sheahan, P.C.
                                999 Oronoque Lane, Suite 203
                                Stratford, CT 06614
                                203-873-0240
                                203-873-0235 (fax)
                                rbmitchell@mitchellandsheahan.com