UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| MIA CASTRO, M.D., et al ) | CIVIL ACTION NO: |
| Plaintiff, ) | 3:20-cv-00330 (JBA) |
| v. ) | |
| YALE UNIVERSITY, et al ) | |
| Defendant. ) | March 19, 2020 |

_____

## MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), Defendant, Manuel L. Fontes, M.D., hereby moves for a 30-day extension of time, up to and including May 3, 2020, within which to file a response to the Complaint.

In support of this motion, Defendant states as follows:

1. This is Defendant's first request for an extension of time with respect to this deadline.

2. Good cause exists as the requested time is reasonably required to investigate the factual allegations asserted by each of the six Plaintiffs, as well as to evaluate the asserted legal causes of action in order to prepare a responsive pleading to the Complaint.

3. Counsel for Plaintiff has been contacted and has no objection to the granting of this motion. Counsel for Defendants Yale University and Yale New Haven Hospital, Inc., have not yet appeared in this matter.

**WHEREFORE**, Defendant respectfully requests that the Court grant a 30-day extension of time to file a response to the Complaint.

                      THE DEFENDANT

By:   /s/ Robert Mitchell
       Robert Mitchell (ct02662)
       Mitchell & Sheahan, P.C.
       999 Oronoque Lane, Suite 203
       Stratford, CT 06614
       203-873-0240
       203-873-0235 (fax)
       rbmitchell@mitchellandsheahan.com

Counsel for Manuel L. Fontes, M.D.

## **CERTIFICATION**

I hereby certify that on March 19, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ Robert Mitchell
Robert Mitchell (ct02662)
Mitchell & Sheahan, P.C.
999 Oronoque Lane, Suite 203
Stratford, CT 06614
203-873-0240
203-873-0235 (fax)
rbmitchell@mitchellandsheahan.com