UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ X
HEIDI BOULES, M.D., MIA CASTRO, M.D., :
ASHLEY ELTORAI, M.D., JODI-ANN :
OLIVER, M.D., LORI-ANN OLIVER, M.D. and : Index No.: 3:20-cv-00330 (JBA)
ELIZABETH REINHART, M.D., :
 :
                Plaintiffs, :
 :
    v. :
 : **NOTICE OF APPEARANCE**
YALE UNIVERSITY, YALE NEW HAVEN :
HOSPITAL, INC. and MANUEL LOPES :
FONTES, M.D, in his individual and professional :
capacities, :
 :
                Defendants. :
------------------------------------------------------------ X

        **PLEASE TAKE NOTICE** that Douglas H. Wigdor of Wigdor LLP hereby enters his appearance as counsel on behalf of Plaintiffs Heidi Boules, M.D., Mia Castro, M.D., Ashley Eltorai, M.D., Jodi-Ann Oliver, M.D., Lori-Ann Oliver, M.D. and Elizabeth Reinhart, M.D. in the above-captioned matter.

Dated: April 2, 2020
       New York, New York                      Respectfully submitted,

                                                    **WIGDOR LLP**

                                                    By: _____
                                                          Douglas H. Wigdor

                                                     85 Fifth Avenue
                                                   New York, NY 10003
                                                   Telephone: (212) 257-6800
                                                   Facsimile: (212) 257-6845
                                                   dwigdor@wigdorlaw.com

                                                   *Attorney for Plaintiffs*