UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ X

HEIDI BOULES, M.D., MIA CASTRO, M.D., ASHLEY ELTORAI, M.D., JODI-ANN OLIVER, M.D., LORI-ANN OLIVER, M.D. and ELIZABETH REINHART, M.D.,

                    Plaintiffs,

      v.

YALE UNIVERSITY, YALE NEW HAVEN HOSPITAL, INC. and MANUEL LOPES FONTES, M.D, in his individual and professional capacities,

                    Defendants.

------------------------------------------------------------ X

Index No.: 3:20-cv-00330 (JBA)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Tanvir H. Rahman of Wigdor LLP hereby enters his appearance as counsel on behalf of Plaintiffs Heidi Boules, M.D., Mia Castro, M.D., Ashley Eltorai, M.D., Jodi-Ann Oliver, M.D., Lori-Ann Oliver, M.D. and Elizabeth Reinhart, M.D. in the above-captioned matter.

Dated: April 2, 2020
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
      Tanvir H. Rahman

85 Fifth Avenue
New York, NY 10003
Telephone:  (212) 257-6800
Facsimile:  (212) 257-6845
trahman@wigdorlaw.com

*Attorney for Plaintiffs*