UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| MIA CASTRO, M.D., et al ) | CIVIL ACTION NO: |
| Plaintiff, ) | 3:20-cv-00330 (JBA) |
| ) | |
| v. ) | |
| ) | |
| YALE UNIVERSITY, et al ) | |
| Defendant. ) | April 20, 2020 |

_____

## DEFENDANT MANUEL LOPES FONTES, M.D.'S MOTION FOR TELEPHONIC PRE-FILING CONFERENCE

Pursuant to the Pretrial Preferences of the Honorable Judge Janet Bond Arterton, governing dispositive motions ("Pretrial Preferences"), Defendant Manual Lopes Fontes, M.D. ("Defendant" or "Defendant Fontes") hereby moves for a pre-filing conference prior to Defendant seeking dismissal of the Third, Fourth and Fifth Counts asserted against him, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1367(c). Defendant requests a telephonic conference[1].

This Complaint was brought by six Plaintiff physicians[2] against Yale University and Yale New Haven Hospital, Inc. (collectively "Yale") alleging violation of Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 *et seq.* ("Title IX"), which prohibits gender discrimination under any education program or activity receiving

---

[1] If the Court prefers, in light of the impact of COVID-19 on judicial resources, Defendant Fontes can file his Motion to Dismiss and accompanying Memorandum without a pre-filing conference. Defendant would also note that undersigned counsel e-mailed opposing counsel on April 17, 2020 to provide notice of this filing and to inquire whether Plaintiffs were willing to discuss or consider voluntary dismissal of the state-law claims; but as of the time of this filing, has not received a response.

[2] Plaintiffs Mia Castro, M.D. ("Plaintiff Castro"), Heidi Boules, M.D. ("Plaintiff Boules"), Ashley Eltorai, M.D. ("Plaintiff Eltorai"), Jodi-Ann Oliver, M.D. and Lori-Ann Oliver, M.D. ("Plaintiffs Oliver") and Elizabeth Reinhart, M.D. ("Plaintiff Reinhart") are either attending physicians, residents or fellows at Yale.

Federal financial assistance. (Complaint [Doc. No. 1] at ¶ 163.) Plaintiffs allege discrimination (First Count); and two of the Plaintiffs allege retaliation (Second Count) in violation of Title IX. No federal law claims are asserted against Defendant Fontes.

Plaintiffs assert federal question jurisdiction based on the Title IX claims they assert against Yale. Plaintiffs additionally allege three state-law claims against Defendant Fontes, who was at relevant times the Division Chief of Cardiac Anesthesiology at Yale. Plaintiffs assert that this Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367(a). (Complaint at ¶ 17.) Specifically, Plaintiffs allege that Defendant Fontes sexually harassed Plaintiffs, and they assert claims of assault, battery, and invasion of privacy (Third, Fourth and Fifth Counts). Defendant Fontes asserts that this Court should decline to exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367(c) and principles of economy, convenience, fairness and comity.

28 U.S.C.A. § 1367(a) governing supplemental jurisdiction over state-law claims provides in relevant part that:

> the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution. Such supplemental jurisdiction shall include claims that involve the joinder or intervention of additional parties.

Subsection (c) of the statute provides that the district courts "may decline to exercise supplemental jurisdiction" if: "(1) the claim raises a novel or complex issue of State law, (2) the claim substantially predominates over the claim or claims over which the district court has original jurisdiction, (3) the district court has dismissed all claims over

which it has original jurisdiction, or (4) in exceptional circumstances, there are other compelling reasons for declining jurisdiction." 28 U.S.C.A. § 1367(c).  Defendant Fontes submits that under subsection (c), principles of economy, convenience, fairness and comity, and applicable caselaw, this Court should decline to exercise supplemental jurisdiction over the state-law claims asserted against him, and that therefore, these Counts of the Complaint should be dismissed.  In this case, there are compelling reasons for declining jurisdiction.  There is no legal overlap between the federal claims brought against Yale and the state-law claims brought against Defendant Fontes.  Neither Yale entity has been charged with any state-law violation; and Defendant Fontes is not a party to any of the Plaintiffs' federal claims.  There is a chance that the interests of Defendants Fontes and Yale might diverge; and there are distinct types of proof with respect to the federal and state claims.  In short, there are compelling circumstances for this Court to decline supplemental jurisdiction over the claims asserted against Defendant Fontes.

Defendant hereby seeks a pre-filing conference pursuant to the Pretrial Preferences, prior to filing his Motion to Dismiss and Memorandum of Law in Support of same. Defendant requests that such conference be held telephonically.

                         THE DEFENDANT

              By:    /s/ Aimee J. Wood
                     Robert B. Mitchell (ct02662)
                     Reese B. Mitchell (ct30226)
                     Aimee J. Wood (ct18702)
                     Mitchell & Sheahan, P.C.
                     999 Oronoque Lane, Suite 203
                     Stratford, CT 06614
                     203-873-0240
                     203-873-0235 (fax)
                     awood@mitchellandsheahan.com
                     Counsel for Manuel L. Fontes, M.D.

**CERTIFICATION**

I hereby certify that on April 20, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ Aimee J. Wood
Robert Mitchell (ct02662)
Reese B. Mitchell (ct30226)
Aimee J. Wood (ct18702)
Mitchell & Sheahan, P.C.
999 Oronoque Lane, Suite 203
Stratford, CT 06614
203-873-0240
203-873-0235 (fax)
awood@mitchellandsheahan.com