

999 Oronoque Lane, Suite 203
Stratford, CT 06614

Office: 203.873.0240
Fax: 203.873.0235

www.mitchellandsheahan.com

April 28, 2020

<u>VIA ECF</u>

The Honorable Janet Bond Arterton
Senior United States District Judge for the District of Connecticut
Richard C. Lee United States Court House
141 Church Street
New Haven, Connecticut 06510

   Re:  *Castro, M.D., et al v. Yale University, et al.;* Case No.: 3:20-cv-00330 (JBA)

Dear Judge Arterton:

  We represent Defendant, Manuel Fontes, M.D. in the above-referenced matter and write in response to the letter from Plaintiffs' counsel dated April 27, 2020.  While we believe the pre-filing conference your Honor scheduled on May 13, 2020 and pleading on our prospective motion to dismiss are the appropriate forums within which to address the points the Plaintiffs' letter raises, we wish to note the following.  We request that the pre-filing conference proceed as scheduled.

  Plaintiffs assert that the anticipated Motion to Dismiss will be futile because they filed charges with the Equal Employment Opportunity Commission ("EEOC") that were "cross-filed" with the Connecticut Commission on Human Rights and Opportunities ("CHRO"), and that once "the CHRO releases jurisdiction over the claims", Plaintiffs will file  an aiding and abetting claim against Defendant Fontes under Conn. Gen. Stat. § 46a-60(b)(5). However, Defendant Fontes has  never been served with any CHRO or EEOC complaint alleging any violation of this section or Title VII; nor is he a Respondent to the EEOC proceedings.  (*See* email dated March 10, 2020, from the EEOC, attached hereto as Exhibit A, confirming that Dr. Fontes is not a Respondent).  As Defendant Fontes has not been served with any administrative claim that he violated Conn. Gen. Stat. § 46a-60(b)(5), has never been a party to any such proceeding and was, in fact, specifically and affirmatively excluded from the administrative process in this case, any attempt to name him as a Defendant in this case under that statute, based on such a non-existent administrative charge, must necessarily  fail.

  In addition to the Plaintiffs' failure to bring an administrative charge against Dr. Fontes, there are additional compelling reasons to decline to exercise jurisdiction over the claims against Defendant Fontes, including the fact that his interests with the Co-Defendants are likely to diverge, as he may bring claims against them  based on race  and gender discrimination. (Dr. Fontes, a black Cape Verdean male, was removed from his supervisory roles based on accusations by Plaintiffs and upon a review by a panel of three white females).   Furthermore, while there are no federal claims against Dr. Fontes, there are also no state claims



999 Oronoque Lane, Suite 203
Stratford, CT 06614
Office: 203.873.0240
Fax: 203.873.0235

www.mitchellandsheahan.com

P a g e | **2**

against the Co-defendants. Dr. Fontes will expand on these points in his Motion to Dismiss.  A response to the substance of Dr. Fontes' motion will then be appropriate on the Plaintiffs' part.

Yours,

*Margaret M. Sheahan*

Margaret M. Sheahan

*Robert B. Mitchell*

Robert B. Mitchell