**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MIA CASTRO, M.D., et al ) | CIVIL ACTION NO: |
| Plaintiff, ) | 3:20-cv-00330 (JBA) |
| ) | |
| v. ) | |
| ) | |
| YALE UNIVERSITY, et al ) | |
| Defendant. ) | April 28, 2020 |

**AFFIDAVIT OF ROBERT B. MITCHELL**

Robert B. Mitchell, having been duly sworn, deposes and states the following:

1. I am over the age of eighteen and I believe in the obligation of an oath.

2. I am a principal of the law firm of Mitchell & Sheahan, P.C., and I am counsel of record for Manuel Lopes Fontes, M.D., Defendant, in the above-captioned case.

3. This Affidavit is submitted in support of Defendant Manuel Lopes Fontes, M.D.'s Motion For Telephonic Pre-Filing Conference.

4. Attached as Exhibit 1 is a true copy of a letter I wrote to Lillian Marti, Investigator, Equal Employment Opportunity Commission on February 27, 2020.

5. Attached as Exhibit 2 is a true copy of the email Ms. Marti sent responding to my letter on March 11, 2020.

_____
Robert B. Mitchell

1

Subscribed and sworn to before me
This 28th day of April, 2020

_____

~~Notary Public~~/Commissioner of the Superior Court
~~My Commission Expires:~~

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIA CASTRO, M.D., et al | ) | CIVIL ACTION NO: |
| Plaintiff, | ) ) ) | 3:20-cv-00330 (JBA) |
| v. | ) | |
| YALE UNIVERSITY, et al | ) ) | |
| Defendant. | ) | April 28, 2020 |

**AFFIDAVIT OF ROBERT B. MITCHELL**

# EXHIBIT 1



999 Oronoque Lane, Suite 203
Stratford, CT 06614

Office: 203.873.0240
Fax: 203.873.0235

www.mitchellandsheahan.com

February 27, 2020

Email to: Lillian.Marti@eeoc.gov
Lillian Marti, Investigator

    Re:    Ashley Eltorai, M.D., et al v. Yale University New Haven Hospital
            EEOC Charge No. 523-2020-00505

Dear Ms. Marti:

    This will confirm our telephone conversation regarding the above-referenced matter. As a result of that conversation, it is our understanding that my client, Dr. Manuel Lopes Fontes, has not been named as a Respondent in this matter. I would appreciate it if you could confirm this in writing.

    Thank you.

                                               Very truly yours,

                                               Robert B. Mitchell

Cc:    Manual Fontes, M.D.

www.mitchellandsheahan.com        STRATFORD  |  WESTPORT  |  WHITE PLAINS

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIA CASTRO, M.D., et al | ) | CIVIL ACTION NO: |
| Plaintiff, | ) | 3:20-cv-00330 (JBA) |
| v. | ) | |
| YALE UNIVERSITY, et al | ) | |
| Defendant. | ) | April 28, 2020 |

**AFFIDAVIT OF ROBERT B. MITCHELL**

# EXHIBIT 2

# Margaret Sheahan

| | |
|---|---|
| **From:** | LILLIAN MARTI <LILLIAN.MARTI@EEOC.GOV> |
| **Sent:** | Tuesday, March 10, 2020 4:13 PM |
| **To:** | Francine Parente |
| **Cc:** | Robert Mitchell; Reese Mitchell |
| **Subject:** | RE: EEOC Charge No. 523-2020-00505 |

Dear Atty. Mitchell:

This is to confirm that Dr. Manuel Lopes Fontes is not the Respondent on the referenced charge of discrimination.

Sincerely,

LMartí
Senior Investigator
Boston Area Office



---

**From:** Francine Parente [mailto:FParente@mitchellandsheahan.com]
**Sent:** Tuesday, March 10, 2020 2:46 PM
**To:** LILLIAN MARTI
**Cc:** Robert Mitchell ; Reese Mitchell
**Subject:** FW: EEOC Charge No. 523-2020-00505

Ms. Marti,

I have attached a letter from Attorney Bob Mitchell that was sent to you by email on 2/27/20. I would appreciate it if you could respond at your earliest convenience.

Thank you,

Francine Parente
Paralegal
Mitchell & Sheahan, P.C.
999 Oronoque Lane, Suite 203
Stratford, CT 06614

Phone 203 873 0240
Fax 203 873 0235
Email fparente@mitchellandsheahan.com
www.mitchellandsheahan.com

1