**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

| | |
|---|---|
| MIA CASTRO, M.D., et al ) | CIVIL ACTION NO: |
| Plaintiff, ) | 3:20-cv-00330 (JBA) |
| ) | |
| v. ) | |
| ) | |
| YALE UNIVERSITY, et al ) | |
| Defendant. ) | April 30, 2020 |

_____

### DEFENDANT MANUEL FONTES, M.D.'S MOTION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS

Defendant Manual Fontes, M.D. ("Defendant" or "Defendant Fontes") hereby moves to Stay Discovery as to him only, pending a ruling on his anticipated Motion to Dismiss. Defendant Fontes has filed a Motion for Pre-filing Conference [Doc. No. 27] in connection with his anticipated Motion to Dismiss the Third, Fourth and Fifth Counts of the Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1367(c). A pre-filing conference has been scheduled for May 13, 2020. If the Motion to Dismiss is granted, all claims as to Defendant Fontes may be dismissed. Accordingly, good cause exists, as set forth herein, to stay all discovery as to Defendant Fontes, including any disclosures required by the Discovery Protocols For Employment Cases Alleging Adverse Action, pending resolution of the Motion to Dismiss.

A Memorandum of Law and Affidavit in support of this Motion to Stay is submitted herewith. As set forth in more detail in the accompanying Memorandum of Law, good cause exists for the requested stay of discovery as to Defendant Fontes during the pendency of his Motion to Dismiss.

WHEREFORE, Defendant Fontes moves that all discovery be stayed as to him until the Court has ruled on his Motion to Dismiss.

        THE DEFENDANT

By:   /s/ Aimee J. Wood
      Robert Mitchell (ct02662)
      Margaret M. Sheahan (ct05862)
      Reese B. Mitchell (ct30226)
      Aimee J. Wood (ct18702)
      Mitchell & Sheahan, P.C.
      999 Oronoque Lane, Suite 203
      Stratford, CT 06614
      203-873-0240
      203-873-0235 (fax)
      awood@mitchellandsheahan.com

Counsel for Manuel L. Fontes, M.D.

## **CERTIFICATION**

I hereby certify that on April 30, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ Aimee J. Wood
Robert Mitchell (ct02662)
Margaret M. Sheahan (ct05862)
Reese B. Mitchell (ct30226)
Aimee J. Wood (ct18702)
Mitchell & Sheahan, P.C.
999 Oronoque Lane, Suite 203
Stratford, CT 06614
203-873-0240
203-873-0235 (fax)
awood@mitchellandsheahan.com
