**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

|  |  |
|---|---|
| MIA CASTRO, M.D., et al | ) CIVIL ACTION NO: |
| Plaintiff, | ) |
|  | ) 3:20-cv-00330 (JBA) |
| v. | ) |
|  | ) |
| YALE UNIVERSITY, et al | ) |
|  | ) |
| Defendant. | ) April 30, 2020 |

_____

### <u>AFFIDAVIT OF AIMEE J. WOOD</u>

Aimee J. Wood, having been duly sworn, deposes and states the following:

1.      I am over the age of eighteen and I believe in the obligation of an oath.

2.      I am an attorney with the law firm of Mitchell & Sheahan, P.C., and counsel of record for Defendant Manuel Fontes, M.D., in the above-captioned case.  I make this Affidavit in support of Defendant Fontes' Motion to Stay Discovery Pending Motion to Dismiss.  A pre-filing conference regarding the anticipated Motion to Dismiss is scheduled for May 13, 2020.

3.      I certify that on April 29, 2020, I sent an email to counsel for Plaintiffs and Defendants to ascertain if any party objected to a stay of discovery, as to Defendant Fontes only, pending resolution on the Motion to Dismiss Defendant Fontes anticipates filing.  Counsel for Plaintiffs has indicated they would object to a request for a stay of discovery pending resolution of the Motion to Dismiss. I further certify that I spoke with Plaintiffs' counsel by telephone on April 29, 2020, to see if an agreement for a stay could be reached, but we were unable to reach agreement.  Counsel for

Yale University and Yale New Haven Hospital, Inc., have indicated they have no objection to the requested stay.


/s/ Aimee J. Wood_____
Aimee J. Wood

Subscribed and sworn before me this 29th day of April, 2020


/s/ Margaret M. Sheahan_____
Margaret M. Sheahan
Notary/Commissioner of the Superior Court