UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Castro,
    *Plaintiff,*

    *v.*                                                               No. 20cv330 (JBA)

Yale,                                                                 May 13, 2020
    *Defendant.*

SCHEDULING ORDER

    Pursuant to the colloquy with counsel on the record 5/13/20, the following schedule is ordered:

    1.      Plaintiff's Amended Complaint shall be filed by 5/29/20.

    2.      Defendants' Motions to Dismiss shall be filed by 6/19/20; opposition will be filed by 7/10/20; any reply will be filed by 7/24/20.

    3.      The parties may commence written discovery which shall be completed by 10/1/20.   Fact expert deposition and discovery will be stayed pending ruling on motions to dismiss.

    4.      The parties' 26(f) Planning Report shall be filed five days after ruling on motion to dismiss.

    5.      Dispositive motions will be filed 30 days from completion of all discovery or as ordered at the parties' pre-filing conference, and this case will be deemed trial ready six months from ruling on any motions for summary judgment.   If no dispositive motions are filed, this case will be deemed trial ready three months from the completion of all discovery.

    6.      As discussed, Defendant Manuel Fontes's Motion to Stay Discovery [Doc. # 35] is denied as moot.

    7.      The parties' status report shall be filed by 9/14/20 (note change).

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   May 13, 2020