UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MIA CASTRO, M.D., et al ) | CIVIL ACTION NO: |
| Plaintiff, ) | 3:20-cv-00330 (JBA) |
| v. ) | |
| YALE UNIVERSITY, et al ) | |
| Defendant. ) | June 17, 2020 |

**DEFENDANT MANUEL LOPES FONTES, M.D.'S MOTION TO DISMISS**

Defendant Manual Lopes Fontes, M.D. ("Defendant" or "Defendant Fontes") hereby moves to dismiss the Fifth, Sixth and Seventh Counts of the Amended Complaint dated May 29, 2020 [Doc. No. 44], pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1367(c). These counts allege state-law claims of Assault (Fifth Count), Battery (Sixth Count), and Invasion of Privacy (Seventh Count). Plaintiffs assert that this Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367(a).

Defendant requests that this Court decline to exercise such jurisdiction, pursuant to § 1367(c) and under principles of economy, convenience, fairness and comity. This action is brought against Yale University and New Haven Hospital ("YNNH") (the "Yale Defendants") pursuant to Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 *et seq*. (Second and Third Counts) and Title VII (Third and Fourth Counts). Defendant Fontes is not a party to those claims. Rather, Plaintiffs seek to exert supplemental jurisdiction over distinct state-law claims against Defendant Fontes. The Yale Defendants are not parties to those state-law claims. In this case, compelling circumstances weigh

1

against the exercise of supplemental jurisdiction over the claims against Defendant Fontes. In support of this Motion, Defendant herewith submits the attached Memorandum of Law.

Wherefore, Defendant hereby moves to dismiss the Fifth, Sixth and Seventh Counts of the Complaint.

THE DEFENDANT

By: /s/ Aimee J. Wood
Robert Mitchell (ct02662)
Reese B. Mitchell (ct30226)
Aimee J. Wood (ct18702)
Mitchell & Sheahan, P.C.
999 Oronoque Lane, Suite 203
Stratford, CT 06614
203-873-0240
203-873-0235 (fax)
awood@mitchellandsheahan.com

Counsel for Manuel L. Fontes, M.D.

**CERTIFICATION**

I hereby certify that on June 17, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ Aimee J. Wood
Aimee J. Wood (ct18702)