UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MIA CASTRO, M.D., et al ) | CIVIL ACTION NO: |
| Plaintiff, ) | 3:20-cv-00330 (JBA) |
| v. ) | |
| YALE UNIVERSITY, et al ) | |
| Defendant. ) | May 8, 2020 |
| ) | |
| ) | |

### AFFIDAVIT OF MANUEL L. FONTES, M.D.

Manuel L. Fontes, M.D., having been duly sworn, deposes and states the following:

1. I am over the age of eighteen and I believe in the obligation of an oath.

2. I am one of the named Defendants in this action.

3. I have never been served by either the EEOC or the CHRO with any charge of discrimination by the Plaintiffs.

*[signature]*
Manuel L. Fontes, M.D.

Subscribed and sworn before me this __8__ day of May, 2020

*[signature]*
~~Notary~~/Commissioner of the Superior Court

My commission expires: _____

2