UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MIA CASTRO, M.D., HEIDI BOULES, M.D., ASHLEY ELTORAI, M.D., JODI-ANN OLIVER, M.D., LORI-ANN OLIVER, M.D. and ELIZABETH REINHART, M.D., :<br><br>Plaintiffs :<br><br>v. :<br><br>YALE UNIVERSITY, YALE NEW HAVEN HOSPITAL, INC., and MANUEL LOPES FONTES, M.D. in his individual and professional capacities, :<br><br>Defendants. : | Civil Action No. 3:20-CV-00330-JBA<br><br><br><br><br><br>JUNE 18, 2020 |

**DEFENDANT YALE NEW HAVEN HOSPITAL, INC.'S MOTION TO DISMISS COUNTS ONE THROUGH FOUR OF PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7(a) of the Local Rules of this Court, Yale New Haven Hospital, Inc. ("YNHH"), by and through its attorneys, Jackson Lewis P.C., hereby respectfully submits this motion to dismiss Counts One through Four of the Amended Complaint filed by Mia Castro, M.D., Heidi Boules, M.D., Ashley Eltorai, M.D., Jodi-Ann Oliver, M.D., Lori-Ann Oliver, M.D., and Elizabeth Reinhart, M.D. (collectively, "Plaintiffs") on May 29, 2020.

The Complaint against YNHH should be dismissed for the following reasons: (1) Plaintiffs' Title IX claims fail because Title IX does not apply to YNHH, an entity not principally engaged in the business of education; (2) the Title IX claims of Plaintiffs Boules, Eltorai and Olivers fail because these Plaintiffs' relationships to an education program or activity are too attenuated to entitle them to coverage; (3) Plaintiffs' Title IX claims fail because Title IX

does not provide a private remedy for employment discrimination based on sex; (4) Plaintiffs' Title IX claims fail because they have not established that YNHH was on actual notice of any alleged wrongdoing; (5) the Title IX claims of Plaintiffs Eltorai and Castro fail because these Plaintiffs have not alleged engagement in protected activity, or an adverse employment action to sustain a Title IX claim; (6) Plaintiff Eltorai's Title VII pregnancy discrimination claim fails because she does not allege any adverse employment action; and (7) Plaintiffs Eltorai's and Castro's Title VII retaliation claims fail because these Plaintiffs do not allege engagement in any protected activity, or adverse employment actions.

Therefore, and as set forth in further detail in the accompanying memorandum of law in support of this motion, Counts One through Four of Plaintiffs' Amended Complaint should be dismissed.

DEFENDANT,
YALE NEW HAVEN HOSPITAL, INC.

By:   */s/ Sarah R. Skubas*
Sarah R. Skubas (ct 28327)
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT  06103
Tel: (860) 522-0404
Fax: (860) 247-1330
sarah.skubas@jacksonlewis.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on June 18, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                /s/ *Sarah R. Skubas*
                                                Sarah R. Skubas