UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ X
HEIDI BOULES, M.D., MIA CASTRO, M.D., :
ASHLEY ELTORAI, M.D., JODI-ANN :
OLIVER, M.D., LORI-ANN OLIVER, M.D. and : Index No.: 3:20-cv-00330 (JBA)
ELIZABETH REINHART, M.D., :
:
              Plaintiffs, :
:
    v. :
:
YALE UNIVERSITY, YALE NEW HAVEN :
HOSPITAL, INC. and MANUEL LOPES :
FONTES, M.D, in his individual and professional :
capacities, :
:
              Defendants. :
------------------------------------------------------------ X

    **PLEASE TAKE NOTICE** that Plaintiffs, by and through their undersigned counsel, will move this Court, before the Honorable Janet Bond Arterton, at the United States District Court, District of Connecticut, 141 Church Street, New Haven, Connecticut 06510, Courtroom 2 at a date and time to be designated by the Court, to respectfully request Leave to Amend to File a Second Amended Complaint.

Dated: June 22, 2020
       New York, New York                         Respectfully submitted,

                                                        **MADSEN, PRESTLEY & PARENTEAU, LLC**

                                                         Todd D. Steigman (CT 26875)

                                                         402 Asylum Street
                                                         Hartford, CT 06103
                                                        Tel: (860) 246-2466
                                                        Fax: (860) 246-1794
                                                        tsteigman@mppjustice.com

**WIGDOR LLP**

By: _/s/ Tanvir H. Rahman_

Douglas H. Wigdor
(admitted *pro hac vice*)
Michael J. Willemin
(admitted *pro hac vice*)
Parisis G. Filippatos
(admitted *pro hac vice*)
Tanvir H. Rahman
(admitted *pro hac vice*)

85 Fifth Avenue
New York, NY  10003
Telephone:  (212) 257-6800
Facsimile:   (212) 257-6845
dwigdor@wigdorlaw.com
mwillemin@wigdorlaw.com
pfilippatos@wigdorlaw.com
trahman@wigdorlaw.com

*Counsel for Plaintiffs*