**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

------------------------------------------------------------ X
HEIDI BOULES, M.D., MIA CASTRO, M.D.,   :
ASHLEY ELTORAI, M.D., JODI-ANN          :
OLIVER, M.D., LORI-ANN OLIVER, M.D. and  :   Index No.: 3:20-cv-00330 (JBA)
ELIZABETH REINHART, M.D.,                   :
                                                  :
                  Plaintiffs,               :
                                                    :
         v.                                           :
                                                    :
YALE UNIVERSITY, YALE NEW HAVEN     :
HOSPITAL, INC. and MANUEL LOPES      :
FONTES, M.D, in his individual and professional  :
capacities,                                      :
                                                    :
                 Defendants.              :
------------------------------------------------------------ X

## DECLARATION OF TANVIR H. RAHMAN

I, Tanvir H. Rahman, hereby declare as follows:

1.     I am an attorney at the law firm Wigdor LLP, attorneys for Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth herein and submit this declaration in connection with Plaintiffs' Motion for Leave to Amend the Amended Complaint and file a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a).

2.     Attached hereto as **Exhibit A** is a true and accurate copy of Plaintiffs' Chagrs of Discrimination filed with the Equal Employment Opportunity Commission (the "EEOC") (the "EEOC Charges"), filed on December 5, 2019 and December 6, 2019.

3.     On January 27, 2020, Yale University submitted a position statement in response to Plaintiffs' EEOC Charges denying liability as to Plaintiffs' claims, and expressly acknowledging that it employs Dr. Manuel Fontes. There was no assertion therein that Yale University would not be representing Dr. Fontes for purposes of Plaintiffs' claims.

1

4. Attached hereto as **Exhibit B** is a true and accurate copy of Plaintiffs' Charges of Discrimination filed with the Connecticut Commission on Human Rights and Opportunities (the "CHRO') (the "CHRO Charges"), served on Defendant Yale New Haven Hospital.

5. Documents identical to Exhibit B were also served on May 13, 2020 by the CHRO on Yale University and Dr. Fontes respectively.

6. Attached hereto as **Exhibit C** is a true and accurate copy of the Transcript of the May 13, 2020 Pre-Motion Conference.

7. Attached hereto as **Exhibit D** is a true and accurate copy of Plaintiffs' Releases of Jurisdiction from the CHRO.

8. Attached hereto as **Exhibit E** is Plaintiffs' proposed Second Amended Complaint, which is submitted in redline form to reflect changes made to it from Plaintiffs' Amended Complaint (the "SAC").

9. Attached hereto as **Exhibit F** is a true and accurate copy of a June 12, 2020 email from Robert B. Mitchell, counsel for Defendant Manuel Lopes Fontes, M.D.

10. Attached hereto as **Exhibit G** is a true and accurate copy of a June 12, 2020 email from Sarah R. Skubas, counsel for Defendant Yale New Haven Hospital, Inc.

11. Attached hereto as **Exhibit H** is a true and accurate copy of a June 13, 2020 email from Patrick M. Noonan, counsel for Defendant Yale University.

12. Attached hereto as **Exhibit I** is a true and accurate copy of <u>Lyddy v. Bridgeport Board of Educ.</u>, No. 06 Civ. 1420 (AHN), 2008 WL 5117679 (D.Conn. Dec. 4, 2008).

13. Attached hereto as **Exhibit J** is a true and accurate copy of <u>Chouhan v. University of Connecticut Health Center</u>, No. 96 Civ. 2439, 2013 WL 6335273 (Conn.Super. Nov. 5, 2013).

14. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 22, 2020
       New York, New York

                                                    Tanvir H. Rahman