# Exhibit D

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Ashley Eltorai
**COMPLAINANT**

CHRO No. 2030544
vs.                                                                                   EEOC No.  523-2020-00495

Yale University
**RESPONDENT**

RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint.  The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides.  If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at ROJ@ct.gov or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served.   Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT.  § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

**DATE:**     June 11, 2020                                     _____
                                                                                        Tanya A. Hughes, Executive Director

Service:
Complainant: tsteigman@mppjustice.com; trahman@wigdorlaw.com
Complainant's attorney:  tsteigman@mppjustice.com; ptharpe@mppjustice.com
Respondent:  Yale University
Respondent's attorney: caroline.hendel@yale.edu; pnoonan@ddnctlaw.com

.

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Elizabeth Reinhart
**COMPLAINANT**

CHRO No. 2030538
vs.                                                                                   EEOC No.  523-2020-00498

Yale University
**RESPONDENT**

### RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint.  The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides.  If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at [ROJ@ct.gov](mailto:ROJ@ct.gov) or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served.   Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT.  § 46a-103.**

<u>The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.</u>

*Tanya A. Hughes*
_____
**DATE:**     June 11, 2020                                      Tanya A. Hughes, Executive Director

Service:
Complainant: tsteigman@mppjustice.com; trahman@wigdorlaw.com
Complainant's attorney:  tsteigman@mppjustice.com; ptharpe@mppjustice.com
Respondent:  Yale University
Respondent's attorney: caroline.hendel@yale.edu; pnoonan@ddnctlaw.com

.

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Heidi Boules
**COMPLAINANT**

CHRO No. 2030542
vs.
EEOC No.  523-2020-00493

Yale University
**RESPONDENT**

## RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint.  The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides.  If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at [ROJ@ct.gov](mailto:ROJ@ct.gov) or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served.   Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT.  § 46a-103.**

<u>The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.</u>

*(signature: Tanya A. Hughes)*

**DATE:** June 11, 2020        Tanya A. Hughes, Executive Director

Service:
Complainant: tsteigman@mppjustice.com; trahman@wigdorlaw.com
Complainant's attorney:  tsteigman@mppjustice.com; ptharpe@mppjustice.com
Respondent:  Yale University
Respondent's attorney: caroline.hendel@yale.edu; pnoonan@ddnctlaw.com

.

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Jodi-Ann Oliver
**COMPLAINANT**

CHRO No. 2030533
vs.                                                                     EEOC No.  523-2020-00496

Yale University
**RESPONDENT**

<u>RELEASE OF JURISDICTION</u>

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint.  The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides.  If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at [ROJ@ct.gov](mailto:ROJ@ct.gov) or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served.   Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT.  § 46a-103.**

<u>The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.</u>

*[signature: Tanya A. Hughes]*

**DATE:**     June 11, 2020                                  Tanya A. Hughes, Executive Director

Service:
Complainant: [tsteigman@mppjustice.com](mailto:tsteigman@mppjustice.com); [trahman@wigdorlaw.com](mailto:trahman@wigdorlaw.com)
Complainant's attorney:  [tsteigman@mppjustice.com](mailto:tsteigman@mppjustice.com); [ptharpe@mppjustice.com](mailto:ptharpe@mppjustice.com)
Respondent:  Yale University
Respondent's attorney: [caroline.hendel@yale.edu](mailto:caroline.hendel@yale.edu); [pnoonan@ddnctlaw.com](mailto:pnoonan@ddnctlaw.com)

.

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Lori-Ann Oliver
**COMPLAINANT**

CHRO No. 2030529
vs.                                                           EEOC No.  523-2020-00497

Yale University
**RESPONDENT**

<u>RELEASE OF JURISDICTION</u>

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint.  The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides.  If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at [ROJ@ct.gov](mailto:ROJ@ct.gov) or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served.   Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT.  § 46a-103.**

<u>The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.</u>

_____
**DATE:**     June 11, 2020                        Tanya A. Hughes, Executive Director

Service:
Complainant: tsteigman@mppjustice.com; trahman@wigdorlaw.com
Complainant's attorney:  tsteigman@mppjustice.com; ptharpe@mppjustice.com
Respondent:  Yale University
Respondent's attorney: caroline.hendel@yale.edu; pnoonan@ddnctlaw.com

.

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Mia Castro
**COMPLAINANT**

CHRO No. 2030537
vs.                                                                  EEOC No.  523-2020-00494

Yale University
**RESPONDENT**

### RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint.  The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides.  If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at ROJ@ct.gov or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served.   Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT.  § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

**DATE:**      June 11, 2020                                   Tanya A. Hughes, Executive Director

Service:
Complainant: tsteigman@mppjustice.com; trahman@wigdorlaw.com
Complainant's attorney:  tsteigman@mppjustice.com; ptharpe@mppjustice.com
Respondent:  Yale University
Respondent's attorney: caroline.hendel@yale.edu; pnoonan@ddnctlaw.com

.