# Exhibit G

# Kathryn Robinson

| | |
|---|---|
| **From:** | Skubas, Sarah R. (Hartford) <Sarah.Skubas@jacksonlewis.com> |
| **Sent:** | Friday, June 12, 2020 1:34 PM |
| **To:** | Tanvir Rahman; pnoonan@ddnctlaw.com; rmitchell@mitchellandsheahan.com |
| **Cc:** | Michael J. Willemin; Parisis G. Filippatos; Tsteigman@mppjustice.Com (Tsteigman@mppjustice.com) |
| **Subject:** | RE: Castro/Yale - Second Amended Complaint |

Good afternoon,
We similarly object as there is no release from the CHRO, the claims are otherwise untimely and Plaintiffs cannot sustain claims as to YNHH thereby making the proposed motion to amend futile.
Best,
Sarah


**Sarah R. Skubas**
Attorney at Law
**Jackson Lewis P.C.**
90 State House Square
8th Floor
Hartford, CT 06103
Direct: (860) 331-1537 | Main: (860) 522-0404
Sarah.Skubas@jacksonlewis.com | www.jacksonlewis.com

Visit our resource page for information and guidance on COVID-19's workplace implications

**From:** Tanvir Rahman <trahman@wigdorlaw.com>
**Sent:** Friday, June 12, 2020 12:57 PM
**To:** pnoonan@ddnctlaw.com; rmitchell@mitchellandsheahan.com; Skubas, Sarah R. (Hartford) <Sarah.Skubas@jacksonlewis.com>
**Cc:** Michael J. Willemin <mwillemin@wigdorlaw.com>; Parisis G. Filippatos <pfilippatos@wigdorlaw.com>; Tsteigman@mppjustice.Com (Tsteigman@mppjustice.com) <Tsteigman@mppjustice.com>
**Subject:** Castro/Yale - Second Amended Complaint


**[EXTERNAL SENDER]**

Counsel – please let us know whether you consent to us filing the attached Second Amended Complaint which adds our clients' claims under CFEPA. Any changes from the Amended Complaint are in redline. If you do not consent, please let us know the reasons. Thanks.



**Tanvir H. Rahman**
*Senior Associate*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
T: (212) 257-6800 | F: (212) 257-6845

1

trahman@wigdorlaw.com
www.wigdorlaw.com



This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.