# Exhibit H

# Kathryn Robinson

| | |
|---|---|
| **From:** | Pat Noonan <PNoonan@ddnctlaw.com> |
| **Sent:** | Saturday, June 13, 2020 11:37 PM |
| **To:** | Tanvir Rahman; rmitchell@mitchellandsheahan.com; sarah.skubas@jacksonlewis.com |
| **Cc:** | Michael J. Willemin; Parisis G. Filippatos; Tsteigman@mppjustice.Com (Tsteigman@mppjustice.com) |
| **Subject:** | RE: Castro/Yale - Second Amended Complaint |

Hi Tanvir,
Without waiving my right to add other reasons, Yale University cannot agree to your proposed amended complaint for the reasons stated in the request we made yesterday that CHRO rescind the ROJ that was issued and for the reasons stated in the emails sent by counsel for the other two defendants. I hope everyone is enjoying the nice weather this weekend.
Pat

Please be advised that I will be intermittently working from home. My cell phone number is 203-314-4562.

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203)457-5209(direct)
(203)314-4562(cell)
(203)458-9168(office)

**From:** Tanvir Rahman
**Sent:** Friday, June 12, 2020 12:57 PM
**To:** Pat Noonan ; rmitchell@mitchellandsheahan.com; sarah.skubas@jacksonlewis.com
**Cc:** Michael J. Willemin ; Parisis G. Filippatos ; Tsteigman@mppjustice.Com (Tsteigman@mppjustice.com)
**Subject:** Castro/Yale - Second Amended Complaint

Counsel – please let us know whether you consent to us filing the attached Second Amended Complaint which adds our clients' claims under CFEPA. Any changes from the Amended Complaint are in redline. If you do not consent, please let us know the reasons. Thanks.


**Tanvir H. Rahman**
*Senior Associate*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
T: (212) 257-6800 | F: (212) 257-6845

trahman@wigdorlaw.com
www.wigdorlaw.com



This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.