# Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIA CASTRO, M.D., et al | ) | CIVIL ACTION NO: |
| Plaintiff, | )<br>)<br>) | 3:20-cv-00330 (JBA) |
| v. | ) | |
| YALE UNIVERSITY, et al | )<br>) | |
| Defendant. | ) | June 29, 2020 |

### AFFIDAVIT OF ROBERT B. MITCHELL

Robert B. Mitchell, having been duly sworn, deposes and states the following:

1.      I am over the age of eighteen and I believe in the obligation of an oath.

2.      I am an attorney with the law firm of Mitchell & Sheahan, P.C., and counsel of record for Defendant Manuel Fontes, M.D., in the above-captioned case. I make this Affidavit in support of Defendant Fontes' Memorandum in Opposition to Plaintiffs' Motion to Amend dated June 22, 2020.

3.      Attached hereto is a true and accurate copy of the notice of charges against Dr. Fontes that were sent to me by the Connecticut Commission on Human Rights and Opportunities ("CHRO") on May 14, 2020 including the cover letter with the respective CHRO numbers. As of the date of this Affidavit, we have not received a release of jurisdiction from the CHRO of any of these attached charges.

/s/ Robert B. Mitchell
Robert B. Mitchell


Subscribed and sworn before me this 29th day of June, 2020


/s/ Aimee J. Wood
Commissioner of the Superior Court

| | |
|---|---|
| **From:** | Mota, Susan <Susan.Mota@ct.gov> |
| **Sent:** | Thursday, May 14, 2020 9:41 AM |
| **To:** | Robert Mitchell |
| **Cc:** | trahman@wigdorlaw.com; Cannon, Rebecca |
| **Subject:** | 2030531, 2030534, 2030535, 2030540, 2030543, 2030546 - Oliver, Oliver, Castro, Reinhart, Boules and Eltorai vs. Manuel Lopes Fontes, M.D. |
| **Attachments:** | 2030531, 2030534, 2030535, 2030540, 2030543, 2030546 - Oliver, Oliver, Castro, Reinhart, Boules and Eltorai vs. Manual Lopes Fontes, M.D..pdf; Schedule A, Oath, Cert of Mailings, Pro Hac Vice Notice, General Notice.pdf |

## DEAR RESPONDENT:

Please find attached a complaint of discrimination that has been filed with the Commission on Human Rights & Opportunities.

## This will be the only form of delivery.   Please confirm receipt.   Thank you.

**COMPLAINANT** – PLEASE REFER TO THE GENERAL NOTICE – PARTIES RIGHTS DUTIES AND RESPONSIBILITIES SECTION #4 -  FOR PROCEDURE *AFTER YOU RECEIVE THE RESPONSE*

**The Complainant has a right to reply to the Respondent's Answer within 15 days of the Answer's receipt. Only replies that are timely must be considered as part of the case assessment review. If the Respondent is given an extension for filing their Answer, the Complainant will be given the same extension for their time to file their reply.**

Susan J. Mota, Secretary 2
Commission on Human Rights & Opportunities
Rowland State Government Center
55 West Main Street, Suite 210
Waterbury, CT  06702
Direct Line – 203-805-6533
Fax – 203-805-6559
Email – susan.mota@ct.gov

1

## CONFIDENTIALITY NOTICE:

This communication, together with any attachments hereto or links contained herein, is the exclusive use of the intended recipient(s) and may contain information that is confidential or legally protected.  If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, reliance, distribution or use of this communication is **STRICTLY PROHIBITED.**  If you have received this communication in error, please notify the sender immediately by return e-mail messageand delete the original and all copies of the communication, along with any attachments hereto or links herein, from your computer system.



**State of Connecticut**
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
West Central Region Office, 55 West Main Street, 2nd Floor, Suite 210, Waterbury, CT 06702

*Promoting Equality and Justice for all People*

May 13, 2020

Robert Mitchell/Mitchell & Sheahan, P.C.
rbmitchell@mitchellandsheahan.com

RE:     CHRO No.:   2030531 – Oliver vs. Manuel Lopes Fontes, M.D.
                    2030534 – Oliver vs. Manuel Lopes Fontes, M.D.
                    2030535 – Castro vs. Manuel Lopes Fontes, M.D.
                    2030540 – Reinhart vs. Manuel Lopes Fontes, M.D.
                    2030543 – Boules vs. Manuel Lopes Fontes, M.D.
                    2030546 – Eltorai vs. Manuel Lopes Fontes, M.D.

Dear Respondent:

A complaint, referenced above, has been filed against you with the Commission.  A copy of the complaint is attached.

The enclosed General Notice advises you of your rights, duties and responsibilities.  Please read carefully the information contained in the notice.  The enclosed Notice Regarding Out of State Attorneys advises that all attorneys practicing before the Commission must be admitted to practice law in Connecticut and that it is the responsibility of all counsel to comply with Connecticut practice rules.  Also enclosed is important information with respect to the no fault conciliation process.  The Commission is available to assist you if you wish to pursue settlement of this complaint.  If you wish to conciliate the complaint prior to providing an answer, you must notify the Commission within **10 days** of receipt of the enclosed complaint.

**You must file a written answer to the complaint under oath with the Commission within 30 days of receipt of this complaint unless pre-answer conciliation has been requested.  If you fail to answer the complaint within this time, you may be defaulted by the Commission.  Parties are encouraged to submit all filings by email only without an additional hardcopy if possible.  You must email a scanned copy of your signed and notarized answer to susan.mota@ct.gov and chro.westcentral@ct.gov**

You have a duty to certify to the Commission that you have provided the complainant with copies of all documents you file with the Commission. You also have a duty to ensure that personal identifying information is redacted from any documents provided to the Commission. Personal identifying information includes an individual's mother's maiden name; motor vehicle operator's license number; Social Security number; other government issued identification number except for juris, license, permit or other business related identification numbers that are otherwise made available to the public directly by any government agency or entity; health insurance identification number; or



**State of Connecticut**
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
West Central Region Office, 55 West Main Street, 2nd Floor, Suite 210, Waterbury, CT 06702

*Promoting Equality and Justice for all People*

any financial account number, security code or personal identification number (PIN). For your convenience and use, the enclosed Certification Form is made available.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Shawn Burns, Regional Manager
West Central Region

Enclosures:     Affidavit
               Schedule A Request for Additional Information
               General Notice
               Certification of Mailing
               Notice Regarding Out of State Attorneys



**State of Connecticut**
# COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
West Central Region Office, 55 West Main Street, 2ⁿᵈ Floor, Suite 210, Waterbury, CT 06702

*Promoting Equality and Justice for all People*

May 13, 2020

RE:        2030531 – Oliver vs. Manuel Lopes Fontes, M.D.
           2030534 – Oliver vs. Manuel Lopes Fontes, M.D.
           2030535 – Castro vs. Manuel Lopes Fontes, M.D.
           2030540 – Reinhart vs. Manuel Lopes Fontes, M.D.
           2030543 – Boules vs. Manuel Lopes Fontes, M.D.
           2030546 – Eltorai vs. Manuel Lopes Fontes, M.D.

Dear Sir/Madam:

This letter confirms that your complaint, referenced above, has been filed with the Commission.

The enclosed General Notice advises you of your rights, duties and responsibilities. **Please read carefully the information contained in the notice.**

You have a duty to respond <u>timely</u> to any information or assistance requested and to cooperate with the Commission at all times. It is your sole duty and responsibility to notify the Commission of your whereabouts at all times throughout the pendency of this complaint. In the event that your address, telephone number or email address changes, it is your duty to notify the Commission immediately in writing. **<u>Parties are encouraged to submit all filings by email only without an additional hardcopy if possible. Emailed filings with susan.mota@ct.gov; chro.westcentral@ct.gov should be emailed to: Commission on Human Rights & Opportunities, Rowland State Government Center, 55 West Main Street, Suite 210, Waterbury, CT 06702.</u>**

Also, you have a duty to certify to the Commission that you have provided the Respondent with copies of all documents you file with the Commission. For your convenience and use, the enclosed Certification Form is made available.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Shawn Burns, Regional Manager
West Central Region
Encl.

cc:  Complainant's Attorney:   Tanvir Rahman/Wigdor LLP
                               trahman@wigdorlaw.com

Main (203) 805-6530 ~ Fax (203) 805-6559
www.ct.gov/chro ~ Toll Free in Connecticut (800) 477-5737 ~ TDD (203) 805-6579

Affirmative Action/Equal Opportunity Employer

# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Tanvir H. Rahman**
trahman@wigdorlaw.com

May 1, 2020

**VIA EMAIL**

Rebecca J. Cannon-Klemenz
Human Rights and Opportunities Representative
Connecticut Commission on Human Rights and Opportunities
55 West Main Street, Suite 210
Waterbury, CT 06702

> Re:     CHRO Charges of Elizabeth Reinhart, M.D., Mia Castro, M.D., Jodi-Ann Oliver,
>         M.D., Lori-Ann Oliver, M.D., Ashley Eltorai, M.D. and Heidi Boules, M.D.

Dear Ms. Cannon-Klemenz,

Enclosed, please find State of Connecticut Commission on Human Rights and Opportunities ("CHRO") Complaints (the "CHRO Charges") for Claimants Elizabeth Reinhart, M.D., Mia Castro, M.D., Jodi-Ann Oliver, M.D., Lori-Ann Oliver, M.D., Ashley Eltorai, M.D. and Heidi Boules, M.D. (together, "Claimants"), in connection with their previously filed Charges of Discrimination filed with the Equal Employment Opportunity Commission (the "EEOC") (the "EEOC Charges"), which we understand were previously cross-filed with the CHRO. The EEOC Charges for Dr. Reinhart, Dr. Castro, Dr. Eltorai and Dr. Boules were filed on December 4, 2019, while the EEOC Charges for Dr. Jodi-Ann Oliver and Dr. Lori-Ann Oliver were filed on December 5, 2019. As we have discussed, these are the dates on which the CHRO will consider Claimants' respective CHRO Charges to have been filed.

Please note that Claimants have already commenced an action in federal court against the Respondents named in their CHRO and EEOC Charges. Moreover, please note that earlier today, the EEOC issued Notices of Right to Sue to each Claimant. Claimants intend to promptly amend their federal court complaint to add claims under Title VII. Accordingly, we respectfully request that the CHRO also release jurisdiction over Claimants' Connecticut Fair Employment Practices Act ("FEPA") claims so that Claimants can also bring these claims in their federal court action.

Should you have any questions, please do not hesitate to contact us.

Sincerely,

Tanvir H. Rahman

Enc.