UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| MIA CASTRO, M.D., HEIDI BOULES, M.D., ASHLEY ELTORAI, M.D., JODI-ANN OLIVER, M.D., LORI-ANN OLIVER, M.D. and ELIZABETH REINHART, M.D. | : : : : | Civil Action No. 3:20-CV-00330 |
| Plaintiffs | : : | |
| v. | : : | |
| YALE UNIVERSITY, YALE NEW HAVEN HOSPITAL, INC., and MANUEL LOPES FONTES, M.D. in his individual and professional capacities. | : : : : | |
| Defendant | : : | JULY 10, 2020 |

## **APPEARANCE**

Please enter the appearance of the undersigned counsel in the above-captioned matter on behalf of Defendant Yale New Haven Hospital, Inc.

                                                                                DEFENDANT,
                                                                                YALE NEW HAVEN HOSPITAL, INC.

By:    */s/ Kasia M. Preneta*
           Kasia M. Preneta, Esq. (phv10758)
           Jackson Lewis P.C.
           90 State House Square, 8th Floor
           Hartford, CT  06103
           Tel: (860) 522-0404
           Fax: (860) 247-1330
           kasia.preneta@jacksonlewis.com
           *admitted *pro hac vice*

**CERTIFICATION OF SERVICE**

This is to certify that on July 10, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ *Kasia M. Preneta*
Kasia M. Preneta