# Exhibit A



# Table of Contents

## Welcome

House Staff Office Information — 3
Message on House Staff Well-Being Resilience — 4
Resident/Fellow Well-Being/Resilience 2019 — 5
Resources for Residents: Medical/Dental Care
Primary Care Providers and Locations — 7
Pediatric Practices — 10

## Benefits / Payroll

Physician Residents Benefits — 13
Employee and Family Resources — 15
Living Well Cares Fitness Center — 16
Tax Sheltered Annuity (TSA) 403(b) Plan — 17
YNHHS 2019 Pay Dates — 19
YNHHS 2020 Pay Dates — 20

## Orientation Information

Address Update Form — 21
On-call Meal Agreement Form — 23
Clinical Imaging Technologies –
PowerScribe 360 Critical Results — 25
Clinical Imaging Technologies – Critical Result Profile — 26

## Policies and Procedures

Educational Fund Reimbursement — 27
Family Medical Leave of Absence — 30
Personal Leave of Absence — 33
Absence of Personal Illness — 34

## General Information

Required Registrations/Enrollments — 35
Mobile Heartbeat — 36
Nursing Mother's Room — 43
Yale Medical Partners — 44
Medical Staff Picnic — 45
Connecticut State Medical Society — 47
Young Physicians' Leadership Curriculum — 48
Yale Resident/Fellow Organizations, Committees,
and Leadership Opportunities — 49
Notes — 50

# Resident/Fellow Well-Being/Resilience 2019

## Resources

The following resources are available to assist residents, fellows and program directors to maintain and support the well-being and resilience of all around us. Programs are conducted by individual departments and programs in addition to the resources mentioned below:

1. **Employee Family Resource Program (EFRP)**
   1-877-275-6226; 24-7
   http://inside.ynhh.org/hr/pages/home.aspx

   EFRP has many resources for both the trainee and their families. Please visit the website to familiarize yourself with their services. We have an onsite coordinator should resources be needed quicker than by calling the toll-free number above. Your Program Director or the GME Office is available to help you with this.

   The EFRP conducts many programs in wellness and well-being. These are often listed on the screensavers of the hospital computers and are available to all trainees as well as other hospital employees.

2. **Office of Director, Resident/Fellow Well-Being**
   Andrea Asnes, MD | 203-688-1449

   The Office of Resident/Fellow Well-Being and Resilience helps to coordinate and sponsor many programs aimed at supporting trainee wellbeing and resilience. These are often sponsored jointly with the Well-Being Council of the Resident Senate and the YNHH Medical Staff/Yale Medicine Physician Well-Being Committees. These are outlined elsewhere and are announced separately throughout the year.

   Trainees are encouraged to contact Dr. Asnes with concerns they have regarding medical/dental or mental health resources.

3. **Mental Health Resources**

   In addition to the EFRP, the referral to mental health services can be made directly through the providers listed in the insurance provider list, or through contacting the Director, Resident Well-Being and Resilience, the Director/Associate Dean for Graduate Medical Education, the Occupational Health Services, the Health Plan (for those under their coverage), Chaplain Services or Paul Desan, MD (the psychiatrist consultant to the GME Office). All of these numbers are available in the YNHH Directory on Smartweb, or your Program Directors/Program Coordinators.

4. **Concerns of trainees, including professionalism and misconduct, may be brought to the attention of the GME Office, and others in addition to your Chief Residents, Program Directors and Coordinators, in multiple ways:**

   a. Direct calls to either Dr. Huot or Dr. Asnes by calling the GME office 203-688-1449.
   b. Calling the HOTLINE in the GME Office at 203-688-2277. This number is answered only by voice mail and checked in the morning Monday - Friday. Unless the caller identifies themselves, or asks for a call to be returned, the message is transcribed and then erased and given to Drs. Huot and Asnes.
   c. Concerns about professionalism (as well as system problems, near-misses and adverse events) may be reported through the YNHH on-line adverse event reporting Program – RL Solutions. These concerns will be followed through by Quality Personnel and the Medical Staff Professionalism Committee. In addition, concerns about professional conduct involving University personnel may be raised through the Business Conduct Hotline – and anonymous reporting system.

5. **Call a Friend – Peer Support program**

   Composed of Residents and Fellows from different training programs trained to be available to other trainees. The program is further explained in the welcome from the GME Office of Resident/Fellow Well-Being.

6. **Spiritual Care**
   - York Street: 203-688-2151
     If no answer or off hours, use Chaplain on call pager: 187 then 12651. Also available through Smartweb.
   - Saint Raphael: 203-789-3245
   - Emergencies: 203-688-3111

7. **Issues concerning Sexual Harassment/Misconduct**

   If the complaint involves a University employee (all faculty and other personnel in University Offices) then contact one of the two Title IX Deputy Coordinators:
   - Merle Waxman, Ombudsperson Confidential Line – 203.737.4100; Office: 203-785-4680 or
   - Rosemarie Fisher, MD – 203-688-1449
   - Darin Latimore, MD – 203-785-6896
   - Cindy Crusto, PhD – 203-789-7645

   If the complaint involves another trainee or a hospital employee contact Yale-New Haven Human Resources Office
   - 688-4625

8. **Issues concerning Discrimination**

   Appropriate connections can be made through the GME Office.