# EXHIBIT A

**From:** Cannon, Rebecca <Rebecca.Cannon@ct.gov>
**Sent:** Thursday, May 14, 2020 11:15 AM
**To:** Hendel, Caroline <caroline.hendel@yale.edu>; Pat Noonan <PNoonan@ddnctlaw.com>
**Cc:** trahman@wigdorlaw.com
**Subject:** RE: 2030529, 2030533, 2030537, 2030538, 2030542, 2030544 - Oliver, Oliver, Castro, Reinhart, Boules and Eltorai vs. Yale University

Dear Respondent:

If you agree to a mutual ROJ then we can grant that immediately and you would not need to file an answer with the CHRO.

Please let us know. Thank you.



**Rebecca J. Cannon-Klemenz|Human Rights and Opportunities Representative**
Connecticut Commission on Human Rights and Opportunities
55 West Main Street, Suite 210|Waterbury, CT 06702
Ph: 203.805.6547|Fax: 203.805.6559|rebecca.cannon@ct.gov