**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MIA CASTRO, M.D., HEIDI BOULES, M.D, ASHLEY ELTORAI, M.D., JODI-ANN OLIVER, M.D., LORI-ANN OLIVER, M.D., AND ELIZABETH REINHART, M.D. | : : : : : | CIVIL ACTION NO. 3:20-cv-00330-JBA |
| PLAINTIFFS | : : | |
| v. | : : | |
| YALE UNIVERSITY, YALE NEW HAVEN HOSPITAL, INC., AND MANUEL LOPES FONTES, M.D. | : : : : | |
| DEFENDANTS | : | JULY 21, 2020 |

**YALE UNIVERSITY'S MOTION FOR PERMISSION TO FILE A REPLY BRIEF IN EXCESS OF TEN PAGES**

Pursuant to Rule 7 of both the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure, the defendant, Yale University, hereby respectfully moves for permission to file a reply brief in excess of ten pages in response to the plaintiffs' July 10, 2020 Omnibus Memorandum of Law in Opposition to Motion to Dismiss ("Opposition Brief"). (Doc. Entry No. 61.) The plaintiffs' Opposition Brief is 249 pages with exhibits. In its reply brief, Yale University must respond to six separate complaints filed by the six plaintiffs, and the claims advanced by each plaintiff for retaliation and discrimination under Title VII and Title IX are highly fact specific. Accordingly, Yale University requests permission to file a reply brief – which is due on Friday, July 24, 2020 – totaling 16 pages.

**DONAHUE, DURHAM & NOONAN, P.C.**
Concept Park  •  741 boston post road
Guilford, Connecticut 06437
Tel:  (203) 458-9168  •  Fax:  (203) 458-4424
Juris No. 415438

                                  THE DEFENDANT,
                                  YALE UNIVERSITY

By:            /s/
    PATRICK M. NOONAN – CT00189
    KRISTIANNA L. SCIARRA – CT30223
    DONAHUE, DURHAM & NOONAN, P.C.
    Concept Park
    741 Boston Post Road, Suite 306
    Guilford, CT  06437
    Telephone:  (203) 458-9168
    Fax:        (203) 458-4424
    Email:  pnoonan@ddnctlaw.com
              ksciarra@ddnctlaw.com

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                                            /s/_____

                                                                                                Patrick M. Noonan