# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Tanvir H. Rahman**
trahman@wigdorlaw.com

July 21, 2020

**VIA ECF**

The Honorable Janet Bond Arterton
United States District Court
District of Connecticut
141 Church Street
New Haven, Connecticut 06510

      Re:    Mia Castro, *et al.* v. Yale University., *et al*.; No. 3:20-cv-00330 (JBA)

Dear Judge Arterton:

We represent Plaintiffs in the above-referenced action and write in connection with Plaintiffs' reply memorandum of law in response to Defendant Manuel Lopes Fontes, M.D.'s opposition to Plaintiffs' motion to amend (see Dkt. No. 63), to respectfully notify the Court that, earlier today, Plaintiffs received the remaining Releases of Jurisdiction ("ROJs") from the Connecticut Commission on Human Rights and Opportunities ("CHRO") with respect to Defendant Fontes and Plaintiffs' Connecticut Fair Employment Practices Act ("CFEPA") claims against him.[1]  See Ex. 1.  Accordingly, all six Plaintiffs have now received ROJs over Defendant Fontes with respect to their CEFPA claims against him.

We thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

*/s/ Tanvir H. Rahman*

Tanvir H. Rahman

cc:    Counsel for Defendants (*via* ECF)

Enc.

---

[1] The ROJs addressed herein pertain to Plaintiffs Mia Castro, Ashley Eltorai and Elizabeth Reinhart; the remaining ROJs with respect to Defendant Fontes were issued on July 13, 2020 as stated in Plaintiffs' reply memorandum of law in response to Defendant Fontes's opposition.