UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MIA CASTRO, M.D., et al ) | CIVIL ACTION NO: |
| Plaintiff, ) | 3:20-cv-00330 (JBA) |
| v. ) | |
| YALE UNIVERSITY, et al ) | |
| Defendant. ) | July 23, 2020 |

**AFFIDAVIT OF AIMEE J. WOOD**

Aimee J. Wood, having been duly sworn, deposes and states the following:

1. I am over the age of eighteen and I believe in the obligation of an oath.

2. I am an attorney with the law firm of Mitchell & Sheahan, P.C., and counsel of record for Defendant Manuel Fontes, M.D., in the above-captioned case. I make this Affidavit in support of Defendant Fontes' Reply to Plaintiffs' Omnibus Memorandum of Law in Opposition to All Defendants' Motions to Dismiss.

3. Attached hereto as Exhibit A is a true and accurate copy of the Case Assessment Review sent to our office by the Connecticut Commission on Human Rights and Opportunities ("CHRO") on July 13, 2020 with respect to the charges captioned Heidi Boules vs. Dr. Manuel Lopes Fontes, CHRO No. 2030543.

4. Attached hereto as Exhibit B is a true and accurate copy of the Case Assessment Review sent to our office by the Connecticut Commission on Human Rights and Opportunities ("CHRO") on July 13, 2020 with respect to the charges captioned Jodi-Ann Oliver vs. Dr. Manuel Lopes Fontes, CHRO No. 2030534.

5. Attached hereto as Exhibit C is a true and accurate copy of the Case Assessment Review sent to our office by the Connecticut Commission on Human Rights and

Opportunities ("CHRO") on July 13, 2020 with respect to the charges captioned Lori-Ann Oliver vs. Dr. Manuel Lopes Fontes, CHRO No. 2030531.

6.  On July 21, 2020, our office received Releases of Jurisdiction from the CHRO for Plaintiffs Castro, Reinhart, and Eltoria; but our office has not yet received Case Assessment Reviews for these Plaintiffs.

                                                   /s/ Aimee J. Wood
                                                   Aimee J. Wood

Subscribed and sworn before me this 23rd day of July, 2020

/s/ Elisa M. Ordazzo
Notary Public
My Commission Expires July 31, 2025