UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------ X
MIA CASTRO, M.D., HEIDI BOULES, M.D.,
ASHLEY ELTORAI, M.D., JODI-ANN
OLIVER, M.D., LORI-ANN OLIVER, M.D. and
ELIZABETH REINHART, M.D.,

                Plaintiffs,

  v.

YALE UNIVERSITY, YALE NEW HAVEN
HOSPITAL, INC., and MANUEL LOPES FONTES,
M.D., in his individual and professional capacities,

                Defendants.
------------------------------------------------------------------ X

Civil Action No. 3:20-CV-00330 (JBA)

**JOINT STATUS REPORT**

      We represent Plaintiffs and write jointly with all Defendants, pursuant to the Scheduling Order in this matter (Dkt. No. 42) to provide a status report.

      As of June 19, 2020, all Defendants' motions to dismiss were fully briefed and are *sub judice*.  Likewise, as of July 28, 2020, Plaintiffs' motion to amend their Amended Complaint was fully briefed and is *sub judice*.

      The parties have been engaged in document discovery.  To wit, on June 30, 2020, Defendant Manuel Lopes Fontes, M.D. served discovery requests on Plaintiffs, to which responses were propounded on August 14, 2020.  On August 28, 2020, Defendant Yale New Haven Hospital, Inc. served discovery requests on Plaintiffs, responses to which are pending, and on September 4, 2020, Plaintiffs served all Defendants with discovery requests, responses to which are also pending.

      The parties are available for a conference should the Court require any further information or wish to discuss this matter.

Dated: September 14, 2020
      New York, New York

Respectfully submitted,

**MADSEN, PRESTLEY & PARENTEAU, LLC**

Todd D. Steigman (CT 26875)

402 Asylum Street
Hartford, CT 06103
Tel: (860) 246-2466
Fax: (860) 246-1794
tsteigman@mppjustice.com

**WIGDOR LLP**

By: _____

Douglas H. Wigdor
(admitted *pro hac vice*)
Michael J. Willemin
(admitted *pro hac vice*)
Parisis G. Filippatos
(admitted *pro hac vice*)
Tanvir H. Rahman
(admitted *pro hac vice*)

85 Fifth Avenue
New York, NY  10003
Telephone:  (212) 257-6800
Facsimile:   (212) 257-6845
dwigdor@wigdorlaw.com
mwillemin@wigdorlaw.com
pfilippatos@wigdorlaw.com
trahman@wigdorlaw.com
*Counsel for Plaintiffs*