UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIA CASTRO, M.D., et al | ) | CIVIL ACTION NO: |
| Plaintiff, | ) ) ) | 3:20-cv-00330 (JBA) |
| v. | ) ) | |
| YALE UNIVERSITY, et al | ) ) | |
| Defendant. | ) | October 1, 2020 |

## MOTION TO WITHDRAW APPEARANCES

Pursuant to Local Rule 7(e), the undersigned counsel hereby seek permission to withdraw their appearances in the above-captioned case. As set forth in the accompanying Memorandum of Law, good cause exists for permitting the withdrawal by the appearing counsel. Undersigned counsel also submit herewith, a request for permission to submit under seal, an affidavit of counsel in support of this motion.

WHEREFORE, undersigned counsel request that this Motion to Withdraw Appearances be granted.

By: /s/ Robert B. Mitchell
Robert B. Mitchell (ct02662)

/s/ Margaret M. Sheahan
Margaret M. Sheahan (ct0562)

/s/ Reese B. Mitchell
Reese B. Mitchell (ct30226)

/s/ Aimee J. Wood
Aimee J. Wood (ct18702)

Mitchell & Sheahan, P.C.
999 Oronoque Lane, Suite 203
Stratford, CT 06614

1

        203-873-0240
        203-873-0235 (fax)
        rbmitchell@mitchellandsheahan.com

        Counsel for Manuel L. Fontes, M.D.

## **CERTIFICATION**

I hereby certify that on October 1, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

I further certify that on October 1, 2020, a copy of the foregoing was served electronically on Defendant Manuel Fontes via email and a hard copy was mailed to:

Manuel L. Fontes
2367 Durham Road
Madison, CT 06443

/s/ Robert B. Mitchell
Robert Mitchell (ct02662)
Margaret M. Sheahan (ct ct0562)
Reese B. Mitchell (ct30226)
Aimee J. Wood (ct18702)
Mitchell & Sheahan, P.C.
999 Oronoque Lane, Suite 203
Stratford, CT 06614
203-873-0240
203-873-0235 (fax)
rbmitchell@mitchellandsheahan.com