UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIA CASTRO, M.D., et al | ) | CIVIL ACTION NO: |
| Plaintiff, | ) | 3:20-cv-00330 (JBA) |
| | ) | |
| v. | ) | |
| | ) | |
| YALE UNIVERSITY, et al | ) | |
| Defendant. | ) | October 1, 2020 |

**MEMEMORADNUM OF LAW**
**IN SUPPORT OF MOTION TO WITHDRAW APPEARANCES**

Pursuant to Local Rule 7(e), the undersigned counsel hereby seek permission to withdraw their appearances in the above-captioned case. Good cause exists for permitting the withdrawal by the appearing counsel.

**I.      BACKGROUND FACTS**

Plaintiffs originally brought this action by Complaint dated March 12, 2020 [Doc. No. 1] and subsequently amended on May 29, 2020 [Doc. No. 44] against Yale Haven Hospital, Inc. ("YNNH"), Yale University[1], and Defendant Manual Fontes ("Dr. Fontes" or "Defendant Fontes"). The Amended Complaint alleges violation of Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 *et seq*. ("Title IX"), and violation of Title VII against the Yale Defendants (Amended Complaint Counts One through Four, and alleges claims of assault, battery and invasion of privacy against Defendant Fontes. (Amended Complaint Counts Five through Six). Between June 17, 2020 and June 19, 2020, each of the Defendants filed motions to dismiss Plaintiffs' Amended Complaint.

---

[1] YNNH and Yale University are referred to herein as the "Yale Defendants"

1

[Doc. Nos. 50, 51, and 53]. Those motions are currently pending. On June 22, 2020, Plaintiffs filed a motion seeking permission to amend their Complaint for a second time [Doc. No. 54] seeking to add three counts under the Connecticut Fair Employment Practices Act ("CFEPA"): Count Five (discrimination as to all Defendants); Count Six (retaliation as to all Defendants); and Count Seven (aiding and abetting as to Defendant Fontes). On June 30, 2020, Defendant Fontes filed an Opposition to Plaintiffs' Motion to Amend [Doc. No. 57]; On July 7, 2020 and July 13, 2020, the Yale Defendants filed Memoranda in Opposition to Plaintiffs' Motion to Amend [Doc Nos. 59 and 62]. The motions with respect to the proposed second amended complaint remain pending. Deposition discovery and expert discovery have been stayed pending resolution on the Motions to Dismiss. [Doc. No. 42].

## II.   LEGAL ARGUMENT:

Local Rule 7(e) provides:

> Withdrawals of appearances may be accomplished only upon motion, which normally will not be granted except upon a showing that other counsel has appeared or that the party whose counsel seeks to withdraw may and has elected to proceed without counsel, and that the party has received actual notice of the motion to withdraw. In cases where the party has failed to engage other counsel or file a personal appearance, where good cause exists for permitting the withdrawal by the appearing counsel, the Court may grant the motion to withdraw the appearance after notice to the party that failure to either engage successor counsel or file a personal appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against the party.

"The court has a great deal of discretion in deciding a motion for withdrawal of counsel." *Luna v. Moffit*, 2011 WL 13333471 at *1 (D.Conn. June 2, 2011)[2].

---

[2] Copies of unpublished decisions are attached hereto.

Rule 1.16(b) of the Rules of Professional Conduct provides that any attorney may withdraw if, *inter alia*, "(1) withdrawal can be accomplished without material adverse effect on the interests of the client;… (5) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; (6) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or (7) other good cause for withdrawal exists."

"'Good cause'" for withdrawal might exist where counsel asserts that there has been 'an irreparable breakdown in [the] attorney-client relationship.'" *Westchester Fire Ins. Co., Inc. v. Enviroguard, LLC,* 2014 WL 2881507 at *2 (D.Conn. June 25, 2014). District courts may also consider whether granting withdrawal would disrupt "the prosecution of the suit" and delay the proceedings. *Lego A/S v. Best Lock Construction toys, Inc.,* 2019 WL 2881507 at *2 (D.Conn. Dec. 12, 2019.

The undersigned counsel have submitted herewith, a request for permission to submit under seal, an affidavit of counsel showing that good cause exists. Defendants' motions to dismiss and memoranda in opposition to Plaintiffs' Motion seeking to amend the Complaint remain pending, and deposition and expert discovery are stayed until a decision on the motions to dismiss. Accordingly, this litigation is at its beginning stages such that withdrawal can be accomplished without a material adverse effect on the interests of Dr. Fontes; nor is the withdrawal likely to disrupt the proceedings in this action.

WHEREFORE, undersigned counsel request that this Motion to Withdraw Appearances be granted.

         By: /s/ Robert B. Mitchell
            Robert B. Mitchell (ct02662)

            /s/ Margaret M. Sheahan
            Margaret M. Sheahan (ct0562)

            /s/ Reese B. Mitchell
            Reese B. Mitchell (ct30226)

            /s/ Aimee J. Wood
            Aimee J. Wood (ct18702)

            Mitchell & Sheahan, P.C.
            999 Oronoque Lane, Suite 203
            Stratford, CT 06614
            203-873-0240
            203-873-0235 (fax)
            rbmitchell@mitchellandsheahan.com

            Counsel for Manuel L. Fontes, M.D.

## **CERTIFICATION**

I hereby certify that on October 1, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

I further certify that on October 1, 2020, a copy of the foregoing was served electronically on Defendant Manuel Fontes via email and a hard copy was mailed to:

Manuel L. Fontes
2367 Durham Road
Madison, CT 06443

/s/ Robert B. Mitchell
Robert Mitchell (ct02662)
Margaret M. Sheahan (ct05862)
Reese B. Mitchell (ct30226)
Aimee J. Wood (ct18702)
Mitchell & Sheahan, P.C.
999 Oronoque Lane, Suite 203
Stratford, CT 06614
203-873-0240
203-873-0235 (fax)
rbmitchell@mitchellandsheahan.com