UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MIA CASTRO, M.D., et al ) | CIVIL ACTION NO: |
| Plaintiff, ) ) | 3:20-cv-00330 (JBA) |
| v. ) ) | |
| YALE UNIVERSITY, et al ) ) | |
| Defendant. ) | October 1, 2020 |

## AFFIDAVIT OF ROBERT B. MITCHELL

Robert B. Mitchell, having been duly sworn, deposes and states the following:

1. I am over the age of eighteen and I believe in the obligation of an oath.

2. I am an attorney with the law firm of Mitchell & Sheahan, P.C., and counsel of record for Defendant Manuel Fontes, M.D., in the above-captioned case. I make this Affidavit in support of the Motion to Withdraw Appearances filed herewith and seeking to withdraw the appearances of counsel from Mitchell & Sheahan, P.C. (the "Firm").

3. Good cause exists for such withdrawal of appearances, including an irreparable breakdown of the relationship with the client, as well as the failure of the client to comply with his obligations to the Firm and the financial hardship attendant to such failure.

4. [redacted]

5. Other issues have arisen as well. [redacted]

1

▮ The client has indicated he would need an extension of at least sixty days with respect to any deadlines in this case in order to address certain health issues.

6. ▮

7. On September 24, 2020, I notified the client, in light of, *inter alia*, ▮ that the Firm would be withdrawing from the case.

8. There has been an irreparable breakdown in the attorney client-relationship; the client is not fulfilling his obligations, and continued representation under these circumstances will result in an unreasonable financial burden on the Firm, and has been rendered unreasonably difficult by the client. We therefore seek permission to withdraw our appearances in this case.

_____
Robert B. Mitchell

Subscribed and sworn before me this _1st_ day of October, 2020

_____
~~Notary Public~~/Commissioner of the Superior Court

My Commission Expires: