#### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| MIA CASTRO, M.D., et al ) | CIVIL ACTION NO. |
| ) | 3:20-cv-00330 (JBA) |
| Plaintiff, ) |  |
| v. ) |  |
| YALE UNIVERSITY, et al, ) |  |
| Defendants. ) | October 1, 2020 |

#### <u>MOTION TO FILE AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW UNDER SEAL</u>

Pursuant to Fed. R. Civ. P. 5.2(d) and Rule 5(e)4(b) of the Local Rules Of Civil Procedure of this Court and the Standing Protective Order in this case [Doc.4], Attorneys for Defendant Manuel Fontes, M.D. respectfully requests permission from the Court to file an Affidavit of Attorney Robert B. Mitchell in Support of Motion To Withdraw Appearances, filed even with this date, under seal.

The grounds for this Motion are more fully set forth in the accompanying Memorandum of Law.

Wherefore, pursuant to L. Fed. R. Civ. P. 5.2(d) and paragraph (g) of the Standing Protective Order [4], the undersigned ask the Court for permission to file the said Affidavit in support of their Motion to Withdraw Appearances under seal.

By:  */s/ Robert B. Mitchell*
Robert B. Mitchell (ct02662)

*/s/Margaret M. Sheahan*
Margaret M. Sheahan (ct05862)

*/s/Reese B. Mitchell*
Reese B. Mitchell (ct30226)

*/s/Aimee J. Wood*
Aimee J. Wood (10872)

Mitchell & Sheahan, P.C.
999 Oronoque Lane, Suite 203
Stratford, CT 06614
203-873-0240
203-873-0235 (fax)
rbmitchell@mitchellandsheahan.com
msheahan@mitchellandsheahan.com
reesemitchell@mitchellandsheahan.com
awood@mitchellandsheahan.com

COUNSEL FOR MANUEL L. FONTES, M.D.

## CERTIFICATION

      I HEREBY CERTIFY that on this date, October 1, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

 

*/s/ Robert B. Mitchell*
Robert B. Mitchell (ct02662))
Mitchell & Sheahan, P.C.
999 Oronoque Lane, Suite 203
Stratford, CT 06614
203-873-0240
203-873-0235 (fax)
rbmitchell@mitchellandsheahan.com