# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MIA CASTRO, M.D., et al ) | CIVIL ACTION NO. |
| ) | 3:20-cv-00330 (JBA) |
| Plaintiff, ) | |
| v. ) | |
| YALE UNIVERSITY, et al. ) | |
| Defendants. ) | October 1, 2020 |

## MEMORANDUM IN SUPPORT OF MOTION TO FILE AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW UNDER SEAL

Pursuant to Fed. R. Civ. P. 5.2(d) and Rule 5(e)4(b) of the Local Rules of Civil Procedure of this Court and the Standing Protective Order in this case [Doc. 4], Defendants respectfully request permission from the Court to file an Affidavit of Attorney Robert B. Mitchell in Support of Motion to Withdraw Appearances, filed even with this date, under seal.

The undersigned have moved to withdraw as counsel to Defendant Manuel L. Fontes, M.D. in this matter. The Motion to Withdraw is based on factors described in Rule 1.16(b) of the Rules of Professional Conduct pertaining to the relationship between the undersigned and Dr. Fontes. The Supporting Affidavit that is the subject of this Motion includes information concerning privileged communications, disclosure of which to Dr. Fontes's opponents and co-defendants, could damage his interests.

"A review of the relevant case law demonstrates that documents in support of motions to withdraw as counsel are routinely filed under seal where necessary to preserve the confidentiality of the attorney-client relationship between a party and its counsel, and that this method is viewed

1

favorably by the courts." *Team Obsolete Ltd. v. A.H.R.M.A. Ltd.*, 464 F. Supp. 2d 164, 165 (E.D.N.Y. 2006)(citations omitted).

Wherefore, pursuant to L. Fed. R. Civ. P. 5.2(d) and paragraph (g) of the Standing Protective Order in this case [4], the undersigned ask the Court to seal the Affidavit of Robert B. Mitchell in Support of their Motion to Withdraw Appearances.

By:   */s/ Robert B. Mitchell*
      Robert B. Mitchell (ct02662)

      */s/Margaret M. Sheahan*
      Margaret M. Sheahan (ct05862)

      */s/Reese B. Mitchell*
      Reese B. Mitchell (ct30226)

      */s/Aimee J. Wood*
      Aimee J. Wood (10872)

      Mitchell & Sheahan, P.C.
      999 Oronoque Lane, Suite 203
      Stratford, CT 06614
      203-873-0240
      203-873-0235 (fax)
      rbmitchell@mitchellandsheahan.com
      msheahan@mitchellandsheahan.com
      reesemitchell@mitchellandsheahan.com
      awood@mitchellandsheahan.com

      COUNSEL FOR MANUEL L. FONTES, M.D.

**CERTIFICATION**

I HEREBY CERTIFY that on this date, October 1, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

I further certify that on October 1, 2020, a copy of the foregoing was served electronically on Defendant Manuel Fontes via email and a hard copy was mailed to:

Manuel L. Fontes
2367 Durham Road
Madison, CT 06443

*/s/ Robert B. Mitchell*
Robert Mitchell (ct02662)
Margaret M. Sheahan (ct05862)
Reese B. Mitchell (ct30226)
Aimee J. Wood (ct18702)
Mitchell & Sheahan, P.C.
999 Oronoque Lane, Suite 203
Stratford, CT 06614
203-873-0240
203-873-0235 (fax)
rbmitchell@mitchellandsheahan.com