**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MIA CASTRO, M.D., HEIDI BOULES, M.D, ASHLEY ELTORAI, M.D., JODI-ANN OLIVER, M.D., LORI-ANN OLIVER, M.D., AND ELIZABETH REINHART, M.D. | : : : : : | CIVIL ACTION NO. 3:20-cv-00330-JBA |
| PLAINTIFFS | : : | |
| v. | : : | |
| YALE UNIVERSITY, YALE NEW HAVEN HOSPITAL, INC., AND MANUEL LOPES FONTES, M.D. | : : : : | |
| DEFENDANTS | : | OCTOBER 2, 2020 |

**YALE UNIVERSITY'S MOTION FOR EXTENSION OF TIME TO RESPOND AND/OR OBJECT TO THE PLAINTIFFS' DISCOVERY REQUESTS**

The defendant, Yale University, hereby moves, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), for a 30-day extension of time, up to and including November 3, 2020, within which to serve responses and/or objections to the plaintiffs' first set of interrogatories and request for production dated September 4, 2020. Counsel for the plaintiffs have consented to the requested 30-day extension. The additional time is needed in order for counsel to properly prepare responses and/or objections to the plaintiffs' discovery requests. This is Yale University's first request for an extension of time with respect to this deadline.

WHEREFORE, Yale University respectfully requests that the Court grant a 30-day extension of time, up to and including November 3, 2020, to serve responses and/or objections to the plaintiffs' discovery requests.

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

                      THE DEFENDANT,
                      YALE UNIVERSITY


By:            /s/
     PATRICK M. NOONAN – CT00189
     KRISTIANNA L. SCIARRA – CT30223
     DONAHUE, DURHAM & NOONAN, P.C.
     Concept Park
     741 Boston Post Road, Suite 306
     Guilford, CT  06437
     Telephone:  (203) 458-9168
     Fax:        (203) 458-4424
     Email:  pnoonan@ddnctlaw.com
               ksciarra@ddnctlaw.com


**<u>CERTIFICATION</u>**

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


                                          /s/
                                  Patrick M. Noonan