# Exhibit 1

| | |
|---|---|
| **From:** | Aimee Wood |
| **To:** | Tanvir Rahman |
| **Cc:** | Robert Mitchell |
| **Subject:** | Re: Castro v. Yale et al |
| **Date:** | Monday, September 28, 2020 5:51:16 PM |
| **Attachments:** | image002.png |
| | image003.png |

Correct. Thank you Tanvir.

Sent from my iPhone

On Sep 28, 2020, at 4:23 PM, Tanvir Rahman wrote:

Hi Aimee – this is fine. Just so we are clear, with a 30-day extension, your responses would be due on November 3, correct?

**Tanvir H. Rahman**
*Senior Associate*

**WIGDOR LLP**

85 Fifth Avenue, New York, NY 10003
T: (212) 257-6800 | F: (212) 257-6845

trahman@wigdorlaw.com
www.wigdorlaw.com

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

**From:** Aimee Wood
**Sent:** Monday, September 28, 2020 10:30 AM
**To:** Tanvir Rahman
**Cc:** Robert Mitchell
**Subject:** Castro v. Yale et al
Hi Tanvir,
Will you agree to a 30-day extension for Dr. Fontes to respond to your discovery requests?
Thank you,
Aimee