UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MIA CASTRO, M.D., HEIDI BOULES, M.D., ASHLEY ELTORAI, M.D., JODI-ANN OLIVER, M.D., LORI-ANN OLIVER, M.D. and ELIZABETH REINHART, M.D., | Index No.: 3:20-cv-00330 (JBA) |
| Plaintiffs, | **NOTICE OF WITHDRAWAL** |
| v. | |
| YALE UNIVERSITY, YALE NEW HAVEN HOSPITAL, INC., and MANUEL LOPES FONTES, M.D., in his individual and professional capacities, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Parisis G. Filippatos hereby withdraws his appearance as counsel for Plaintiffs in the above-captioned matter, as he is no longer affiliated with the law firm Wigdor LLP, counsel of record for Plaintiffs.

Dated: October 26, 2020
New York, New York

**WIGDOR LLP**

By: _____
Michael J. Willemin

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com

*Counsel for Plaintiffs*