UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIA CASTRO, M.D., HEIDI BOULES, M.D, ASHLEY ELTORAI, M.D., JODI-ANN OLIVER, M.D., LORI-ANN OLIVER, M.D., AND ELIZABETH REINHART, M.D. | : : : : : | CIVIL ACTION NO. 3:20-cv-00330-JBA |
| PLAINTIFFS | : : | |
| v. | : : : | |
| YALE UNIVERSITY, YALE NEW HAVEN HOSPITAL, INC., AND MANUEL LOPES FONTES, M.D. | : : : : | |
| DEFENDANTS | : | OCTOBER 29, 2020 |

**YALE UNIVERSITY'S MOTION FOR EXTENSION OF TIME TO RESPOND AND/OR OBJECT TO THE PLAINTIFFS' DISCOVERY REQUESTS**

The defendant, Yale University, hereby moves, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), for a twenty-day extension of time, up to and including November 23, 2020, within which to serve responses and/or objections to the plaintiffs' first set of interrogatories and request for production dated September 4, 2020.  Yale University previously requested and received an extension of time, up to and including November 3, 2020, to comply with the plaintiffs' discovery requests (Doc. Nos. 82, 83), but additional time is needed in order to properly prepare responses and/or objections to the plaintiffs' 21 interrogatories and 88 production requests. Counsel for the plaintiffs have consented to the requested twenty-day extension.  This is Yale University's second request for an extension of time with respect to this deadline.

**DONAHUE, DURHAM & NOONAN, P.C.**
Concept Park  •  741 Boston Post Road
Guilford, Connecticut 06437
Tel:  (203) 458-9168  •  Fax: (203) 458-4424
Juris No. 415438

WHEREFORE, Yale University respectfully requests that the Court grant a twenty-day extension of time, up to and including November 23, 2020, to serve responses and/or objections to the plaintiffs' discovery requests.

THE DEFENDANT,<br>
YALE UNIVERSITY<br><br>

By: _____/s/_____<br>
PATRICK M. NOONAN – CT00189<br>
KRISTIANNA L. TYLER – CT30223<br>
DONAHUE, DURHAM & NOONAN, P.C.<br>
Concept Park<br>
741 Boston Post Road, Suite 306<br>
Guilford, CT 06437<br>
Telephone: (203) 458-9168<br>
Fax: (203) 458-4424<br>
Email: pnoonan@ddnctlaw.com<br>
ktyler@ddnctlaw.com

**CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan