UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| MIA CASTRO, M.D., HEIDI BOULES, M.D., ASHLEY ELTORAI, M.D., JODI-ANN OLIVER, M.D., LORI-ANN OLIVER, M.D., AND ELIZABETH REINHART, M.D., | : : : : | CIVIL NO.: 3:20-CV-00330-JBA |
| Plaintiffs, | : : | |
| v. | : : | |
| YALE UNIVERSITY, YALE NEW HAVEN HOSPITAL, INC., AND MANUEL LOPES FONTES, M.D., | : : : | |
| Defendants. | : : | JANUARY 19, 2021 |

**UNOPPOSED MOTION TO STAY DEADLINE FOR YALE NEW HAVEN HOSPITAL'S AND YALE UNIVERSITY'S RESPONSES TO SECOND AMENDED COMPLAINT UNTIL AFTER RULING ON MOTIONS TO DISMISS**

Defendants Yale New Haven Hospital, Inc. ("YNHH") and Yale University ("YU"), by and through their attorneys, jointly move this Court to stay the deadline for their responses to Plaintiffs' Second Amended Complaint until fourteen days after the Court issues a ruling on the pending motions to dismiss. Counsel for Plaintiffs has consented to the filing of this motion.

In a May 14, 2020 Scheduling Order, this Court stayed all depositions and the end of discovery pending a ruling on the anticipated filings of motions to dismiss. (Dkt. Entry No. 42). On June 18 and 19, 2020, YNHH and YU filed motions to dismiss the amended complaint. (Dkt. Entry Nos. 51, 53). On June 22, 2020, Plaintiffs moved to amend their amended complaint and the Court granted Plaintiffs' motion on December 31, 2020. (Dkt. Entry Nos. 54, 100). On January 4, 2021, Plaintiffs filed their Second Amended Complaint. (Dkt. Entry No. 102). The current

1

deadline for responding to Plaintiffs' Second Amended Complaint is January 19, 2021.  *See* Fed. R. Civ. P. 15(a)(3); Fed. R. Civ. P. 6(a)(1)(C).

Meanwhile, the Court has not yet issued a ruling on YNHH's and YU's motions to dismiss.  If the Court ultimately grants, in whole or in part, the motions to dismiss filed by YNHH and YU, the ruling would dispose of all or a part of Plaintiffs' claims against these defendants and would moot the need to respond to those dismissed claims in the operative complaint.  To avoid potentially needless litigation and judicial effort and resources, and given the already-imposed stay on depositions and end of discovery pending a ruling on the motions to dismiss, YNHH and YU request that the Court stay their deadline to respond to Plaintiffs' Second Amended Complaint until fourteen days after the issuance of a decision on the pending motions to dismiss.

Wherefore, YNHH and YU respectfully request that the Court stay their deadline to respond to Plaintiffs' Second Amended Complaint until fourteen days following the Court's issuance of an Order granting or denying the pending motions to dismiss.

| DEFENDANT,<br>YALE NEW HAVEN HOSPITAL, INC. | DEFENDANT,<br>YALE UNIVERSITY |
|---|---|
| By:    */s/ Sarah R. Skubas*<br>Sarah R. Skubas (ct28327)<br>Kasia M. Preneta (ct30988)<br>Jackson Lewis P.C.<br>90 State House Square, 8th Floor<br>Hartford, CT  06103<br>Tel.: (860) 522-0404<br>Fax: (860) 247-1330<br>sarah.skubas@jacksonlewis.com<br>kasia.preneta@jacksonlewis.com | By:    *Patrick M. Noonan*<br>Patrick M. Noonan (ct00189)<br>Kristianna L. Sciarra (ct30223)<br>Donahue, Durham & Noonan, P.C.<br>Concept Park<br>741 Boston Post Road, Suite 306<br>Guilford, CT 06437<br>Tel.: (203) 458-9168<br>Fax: (203) 458-4424<br>pnoonan@ddnctlaw.com<br>ksciarra@ddnctlaw.com |

3

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that on January 19, 2021, a copy of foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*Kasia M. Prenata*
Kasia M. Preneta