UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIA CASTRO, M.D., HEIDI BOULES, M.D, ASHLEY ELTORAI, M.D., JODI-ANN OLIVER, M.D., LORI-ANN OLIVER, M.D., AND ELIZABETH REINHART, M.D. | : : : : : | CIVIL ACTION NO. 3:20-cv-00330-JBA |
| PLAINTIFFS | : : | |
| v. | : : | |
| YALE UNIVERSITY, YALE NEW HAVEN HOSPITAL, INC., AND MANUEL LOPES FONTES, M.D. | : : : : : | |
| DEFENDANTS | : | FEBRUARY 19, 2021 |

**YALE UNIVERSITY'S MOTION TO STAY DEADLINE TO RESPOND TO THE PLAINTIFFS' SECOND AMENDED COMPLAINT**

The defendant, Yale University, hereby requests that the Court stay the deadline to respond to the plaintiffs' complaint until after the Court has issued a ruling on Yale University's pending motion to strike, and assign a response deadline of four days after the plaintiffs have filed an amended complaint. The plaintiffs have already consented to an extension of the response deadline until March 8, 2021, and therefore, Yale University requests that the Court grant a further extension if a ruling on the pending motion to strike is issued after that date.

The plaintiffs initiated the present action against Yale University, Yale New Haven Hospital, and Dr. Manuel Lopes Fontes, by way of a Complaint dated March 12, 2020. The plaintiffs filed an Amended Complaint on May 29, 2020. (Docket Entry No. 44). On June 18 and 19, 2020, Yale University and Yale New Haven Hospital filed motions to dismiss the plaintiffs' Amended Complaint. (Docket Entry No. 51, 53). Yale University also simultaneously

filed motions to strike and for a more definite statement. (Docket Entry No. 53). On June 22, 2020, the plaintiffs moved for permission to file a Second Amended Complaint, which was granted by the Court on December 31, 2020. (Docket Entry Nos. 54, 100). On January 4, 2021, the plaintiffs filed their Second Amended Complaint. (Docket Entry No. 102).

On February 9, 2021, the Court issued a ruling granting in part and denying in part the motions to dismiss filed by Yale University and Yale New Haven Hospital. (Docket Entry No. 104). Specifically, the Court dismissed Dr. Mia Castro's retaliation claims asserted under Title IX and Title VII. (Id.) Following the Court's decision, plaintiffs' counsel advised that Dr. Castro will withdraw her retaliation claims asserted under the Connecticut Fair Employment Practices Act ("CFEPA").

While the Court has issued a ruling on the motions to dismiss, it has yet to adjudicate Yale University's motion to strike. If granted, the plaintiffs will be required to revise their complaint again. Further, in light of the Court's recent ruling dismissing the Title IX and Title VII retaliation claims asserted by Dr. Castro, as well as Dr. Castro's decision to withdraw her CFEPA retaliation claim, the plaintiffs must file an amended complaint regardless of the outcome of the pending motion to strike. As presently drafted, Drs. Eltorai and Castro both assert retaliation claims against the defendants under Title IX, Title VII and the CFEPA in the Second, Fourth and Sixth Causes of Action of the Second Amended Complaint, respectively. Since the claims asserted by Drs. Eltorai and Castro are intertwined in those counts (Drs. Eltorai's claims still stand), it will be difficult for the defendants to properly respond to the allegations if the plaintiffs do not file an amended complaint.[1] If the Court grants Yale University's pending motion to strike, the plaintiffs

---

[1] Counsel for Yale University asked plaintiffs' counsel to file an amended complaint, but he appears unwilling to do so. In any event, the plaintiffs have indicated that they will not amend the complaint unless the defendants

can make all necessary amendments after that ruling is issued. Accordingly, to conserve resources, the defendants respectfully request that the Court stay the deadline to respond to the plaintiffs' complaint until after the Court has issued a ruling on Yale University's pending motion to strike, and assign a response deadline of four days after the plaintiffs have filed an amended complaint making all necessary changes, including deleting any allegations that may be stricken by this Court.

      This is Yale University's second motion requesting an extension of time to respond to the plaintiffs' Second Amended Complaint; the first was a joint motion filed by Yale University and Yale New Haven Hospital to stay responses until fourteen days after the Court ruled on the motions to dismiss. (Docket Entry No. 103). However, as explained above, there is good cause to further extend the response deadline. The co-defendants, Yale New Haven Hospital and Dr. Fontes, have consented to this Motion, but the plaintiffs have not. However, as indicated above, the plaintiffs have agreed to extend all defendants' deadlines to respond to the Second Amended Complaint until March 8, 2021.

      WHEREFORE, Yale University respectfully requests that the Court stay the deadline to respond to the plaintiffs' complaint until after the Court has issued a ruling on Yale University's pending motion to strike, and assign a response deadline of four days after the plaintiffs have filed an amended complaint (if that date is after March 8th).

---

agree to respond to the amendment by February 23, 2021 – the current deadline to respond to the Second Amended Complaint – which will leave Yale University little time to submit its answer.

THE DEFENDANT,
YALE UNIVERSITY

By: /s/
PATRICK M. NOONAN – CT00189
KRISTIANNA L. TYLER – CT30223
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone: (203) 458-9168
Fax:         (203) 458-4424
Email: pnoonan@ddnctlaw.com
       ktyler@ddnctlaw.com

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/
Patrick M. Noonan
