UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| MIA CASTRO, M.D., HEIDI BOULES, M.D., ASHLEY ELTORAI, M.D., JODI-ANN OLIVER, M.D., LORI-ANN OLIVER, M.D., AND ELIZABETH REINHART, M.D., | : : : : : | CIVIL NO.: 3:20-CV-00330-JBA |
| Plaintiffs, | : : | |
| v. | : : | |
| YALE UNIVERSITY, YALE NEW HAVEN HOSPITAL, INC., AND MANUEL LOPES FONTES, M.D., | : : : : | |
| Defendants. | : : | FEBRUARY 19, 2021 |

**STIPULATION OF WITHDRAWAL OF PLAINTIFF MIA CASTRO'S RETALIATION CLAIM UNDER CONNECTICUT FAIR EMPLOYMENT PRACTICES ACT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Mia Castro, M.D., Defendant Yale New Haven Hospital, Inc. ("YNHH"), and Defendant Yale University ("Yale"), through the undersigned counsel, that Plaintiff Castro's retaliation claim against YNHH and Yale under the Connecticut Fair Employment Practices Act in Count Six of the Second Amended Complaint (and all claims and causes of actions that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

                                          DEFENDANT,
                                          YALE NEW HAVEN HOSPITAL, INC.

By:   */s/ Sarah R. Skubas*
       Sarah R. Skubas (ct28327)
       Kasia M. Preneta (ct30988)
       Jackson Lewis P.C.
       90 State House Square, 8th Floor
       Hartford, CT  06103
       Tel.: (860) 522-0404

        Fax: (860) 247-1330
        sarah.skubas@jacksonlewis.com
        kasia.preneta@jacksonlewis.com


        DEFENDANT,
        YALE UNIVERSITY

By: */s/ Patrick M. Noonan*
    Patrick M. Noonan, Esq. (ct00189)
    Donahue, Durham & Noonan, P.C.
    741 Boston Post Rd.
    Guilford, CT 06437
    T: 203-458-9168
    F: 203-458-4424
    PNoonan@ddnctlaw.com


    PLAINTIFFS,

    MADSEN, PRESTLEY &
    PARENTEAU, LLC

    Todd D. Steigman (ct26875)
    402 Asylum Street
    Hartford, CT 06103
    T: 860-246-2466
    F: 860-246-794

    WIGDOR LLP

By: */s/ Tanvir H. Rahman*
    Douglas H. Wigdor
    (admitted *pro hac vice*)
    Michael J. Willemin
    (admitted *pro hac vice*)
    Tanvir H. Rahman
    (admitted *pro hac vice*)

    85 Fifth Avenue
    New York, NY 10003
    T:  212-257-6800
    F:  212-257-6845
    trahman@wigdorlaw.com

CERTIFICATION OF SERVICE

I hereby certify that on February 19, 2021, a copy of foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*Kasia M. Preneta*
Kasia M. Preneta