**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
---------------------------------------------------------- X

MIA CASTRO, M.D., HEIDI BOULES, M.D.,     :
ASHLEY ELTORAI, M.D., JODI-ANN           :
OLIVER, M.D., LORI-ANN OLIVER, M.D. and  :     Case No.: 3:20-cv-00330 (JBA)
ELIZABETH REINHART, M.D.,                :
                                         :
                    Plaintiffs,          :
                                         :
          v.                             :
                                         :
YALE UNIVERSITY, YALE NEW HAVEN          :
HOSPITAL, INC. and MANUEL LOPES          :
FONTES, M.D., in his individual and professional :
capacities,                              :
                                         :
                    Defendants.          :
---------------------------------------------------------- X


**PLAINTIFFS' OPPOSITION TO DEFENDANT YALE UNIVERSITY'S MOTION TO**
**STAY DEADLINE TO RESPOND TO THE PLAINTIFFS'**
**SECOND AMENDED COMPLAINT**



**MADSEN, PRESTLEY & PARENTEU, LLC**          **WIGDOR LLP**

Todd D. Steigman (CT 26875)                   Douglas H. Wigdor
                                              Michael J. Willemin
402 Asylum St.                                Tanvir H. Rahman
Hartford, CT 06103                            (all admitted *pro hac vice*)
Tel: (860) 246-2466
Fax: (860) 246-1794                           85 Fifth Avenue
tsteigman@mppjustice.com                      New York, NY 10003
                                              Telephone: (212) 257-6800
                                              Facsimile: (212) 257-6845
                                              dwigdor@wigdorlaw.com
                                              mwillemin@wigdorlaw.com
                                              trahman@wigdorlaw.com

                                              *Counsel for Plaintiffs*

Plaintiffs Mia Castro, M.D., Heidi Boules, M.D., Ashley Eltorai, M.D., Jodi-Ann Oliver, M.D., Lori-Ann Oliver, M.D. and Elizabeth Reinhart, M.D. ("Plaintiffs") respectfully submit this opposition to Defendant Yale University's ("Yale") motion to stay the deadline to answer Plaintiffs' Second Amended Complaint until the Court issues a ruling on its motion to strike (the "Motion").  See Dkt. No. 107.  For the reasons set forth herein, the Court should deny Yale's request and order it to file its Answer by the present deadline set by the Court of March 8, 2021.

First, this case was commenced nearly a year ago, and due to the heavy Rule 12 motion practice that has taken place, no defendant has yet filed its Answer to Plaintiffs' Complaint. Waiting indefinitely for Defendants to file their Answers until there is a decision on Yale's motion to strike – a motion which we have opposed and believe to be without merit – will cause further undue delay to this action and prejudice to Plaintiffs.  While it is uncertain when the Court will issue its decision, it is imperative for Plaintiffs to know, as they go through the discovery process and prepare this case for trial, both what Defendants' response is to their allegations (i.e., what allegations are admitted, which are denied, etc.), and what, if any, affirmative defenses Defendants intend to assert.  Indeed, Plaintiffs will be prejudiced without this information since they will "left in the dark" and not know fully how Defendants intend to defend this case so that they can litigate this case and take and conduct discovery accordingly.

Second, to the extent the Court does grant Yale's motion to strike, in whole or in part, it will hardly be unduly burdensome for the parties to simply submit amended pleadings that omit/delete any stricken allegations.  Such an exercise will hardly "conserve resources" in any meaningful way, and certainly not an extent to overcome the prejudice caused to Plaintiffs by further delaying the filing of Defendants' Answers for the reasons articulated above.

Lastly, the Court has already ordered that Defendants file their Answers in light of the Court's ruling on their motion to dismiss in spite of the fact that Yale's motion to strike remains sub judice.  See Feb. 8, 2021 Dkt. Txt. Order.  Yale has failed to show good cause for the Court to deviate from its prior order.

Accordingly, Plaintiffs respectfully request that the Court deny Yale's application for a stay, and order Defendants to submit answers on or by the current March 8, 2021 deadline.

Dated: February 26, 2021
      New York, New York

Respectfully submitted,

**MADSEN, PRESTLEY & PARENTEAU, LLC**

Todd D. Steigman (CT 26875)

402 Asylum Street
Hartford, CT 06103
Tel: (860) 246-2466
Fax: (860) 246-1794
tsteigman@mppjustice.com

**WIGDOR LLP**

By: _____
     Douglas H. Wigdor
     Michael J. Willemin
     Tanvir H. Rahman
     (all admitted *pro hac vice*)

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
mwillemin@wigdorlaw.com
trahman@wigdorlaw.com

*Counsel for Plaintiffs*

2