**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MIA CASTRO, M.D., HEIDI BOULES, M.D, ASHLEY ELTORAI, M.D., JODI-ANN OLIVER, M.D., LORI-ANN OLIVER, M.D., AND ELIZABETH REINHART, M.D. | : : : : : | CIVIL ACTION NO. 3:20-cv-00330-JBA |
| PLAINTIFFS | : : | |
| v. | : : | |
| YALE UNIVERSITY, YALE NEW HAVEN HOSPITAL, INC., AND MANUEL LOPES FONTES, M.D. | : : : : | |
| DEFENDANTS | : | MAY 13, 2021 |

**MOTION TO FILE MEDIATION SETTLEMENT STATEMENT**
**IN EXCESS OF TEN PAGES**

The defendant, Yale University, hereby moves for permission to permit all parties to file Settlement Statements in excess of ten pages in length.  While the standard limit is reasonable in cases involving a single party and a single defendant, the present case involves six different plaintiffs and three different defendants.  The six different plaintiffs each have a different set of factual allegations which must be addressed, and each has different damages.  Furthermore, there are defenses to the claims of some plaintiffs that are not relevant to others.  Accordingly, this defendant believes that it cannot adequately state its position within the current ten-page limitation.  Counsel for all parties have been consulted and all agree with this request.

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK  ●  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168  ●  FAX: (203) 458-4424
JURIS NO. 415438

                                  THE DEFENDANT,
                                  YALE UNIVERSITY

By: *Patrick M. Noonan*
     PATRICK M. NOONAN – CT00189
     KRISTIANNA L. TYLER – CT30223
     DONAHUE, DURHAM & NOONAN, P.C.
     Concept Park
     741 Boston Post Road, Suite 306
     Guilford, CT  06437
     Telephone: (203) 458-9168
     Fax:       (203) 458-4424
     Email: pnoonan@ddnctlaw.com
            ktyler@ddnctlaw.com

## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                  *Patrick M. Noonan*
                                  Patrick M. Noonan