UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Castro,
    *Plaintiff*,
    v.

Yale, et al,
    *Defendants.*

Docket No. 20-cv-330 (JBA)

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been settled and that no further action is required.   This case will now be dismissed, on consent of counsel.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the Court's file), they may move to re-open the case by July 29, 2021

Request to extend this date may be made by motion filed under D. Conn. L. Civ. R. 7(b)(2).

                    IT IS SO ORDERED.

                    /s/_____
                    Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 29th day of June 2021.